Emily Croston (ISB No. 12389)
ecroston@acluidaho.org
Paul Southwick (ISB No. 12439)
psouthwick@acluidaho.org
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
(208) 344-9750

Barbara Schwabauer*
bschwabauer@aclu.org
Eleanor Matheson*
ematheson@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street N.W.
Washington, DC 20005

Chase Strangio*
cstrangio@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
111 N 1st Avenue, Suite 2I, PO Box 2975
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Pelecanos*†
pelecanos@lambdalegal.org
A.D. Sean Lewis*
alewis@lambdalegal.org
Charlie Ferguson*†
cferguson@lambdalegal.org
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (855) 535-2236 (F)

**Pro hac vice* admission forthcoming
*Attorneys for Plaintiffs (additional counsel identified on the following page)*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

EMILIE JACKSON-EDNEY, *et al.*,

*Plaintiffs*,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, *et al.*,

*Defendants*.

Case No. 1:26-cv-00261-AKB

**DECLARATION OF RANDI C. ETTNER, PH.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Katherine M. Forster*
katherine.forster@mto.com
Kyle A. Groves*
kyle.groves@mto.com
Jannet Gomez*
jannet.gomez@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
Qian Zhe (Danny) Zhang*
danny.zhang@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

*Pro hac vice admission forthcoming
*Attorneys for Plaintiffs*

**EXPERT DECLARATION OF RANDI C. ETTNER, PH.D.**

I, Dr. Randi C. Ettner, declare as follows:

1. I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation. I have been asked to provide my expert opinion regarding transgender people and gender identity, the treatment and diagnosis of gender dysphoria, and the risks and harms associated with requiring transgender individuals to use public restrooms that do not align with their gender identity and lived experience.

2. I have personal knowledge of the matters set forth herein. If called to testify, I would do so truthfully and in accordance with my education, training, and professional experience.

## I. SUMMARY OF OPINIONS

- Gender dysphoria is a serious medical condition resulting from an incongruence between an individual's gender identity and other aspects of their sex, characterized by clinically significant distress or impairment in functioning. Evidence-based treatment is directed at alleviating this distress by supporting alignment between an individual's gender identity, physical characteristics, and lived experience.
- Policies such as Idaho House Bill 752, which impose criminal penalties on transgender people for using restrooms matching their gender identity are inconsistent with accepted standards of care and foreseeably result in harm.
- Requiring transgender individuals to use restrooms that are inconsistent with their gender identity and lived experience is harmful and exacerbates gender dysphoria. Such policies can result in significant psychological distress, including anxiety, depression, and avoidance of necessary public activities.

- In many cases, a person's transgender status is not apparent based on appearance alone. Requiring individuals to use restrooms based on sex assigned at birth would therefore disclose highly sensitive personal information by outing them as transgender to any observer, which exposes individuals to an increased risk of harassment, discrimination, and violence. It also deprives individuals of control over when and how such personal information is disclosed.
- Individuals with variations in sex characteristics (often referred to as intersex individuals) may not fall within binary definitions of "male" or "female." Policies that rely on rigid binary classifications fail to account for this population and create ambiguity in application, increasing the risk of confrontation, misclassification, and harm.
- There is no credible empirical evidence demonstrating that allowing transgender individuals to use restrooms consistent with their gender identity increases incidents of misconduct or harm to others. Available evidence indicates that transgender individuals are more likely to be victims of harassment or violence in these settings than perpetrators.

## II. BACKGROUND AND QUALIFICATIONS

3. I am a licensed clinical and forensic psychologist with a specialization in the diagnosis, treatment, and management of conditions of gender incongruity. I received my doctorate in psychology (with honors) from Northwestern University in 1979. I am a Fellow and Diplomate in Clinical Evaluation of the American Board of Psychological Specialties, and a Fellow and Diplomate in Trauma/Post-Traumatic Stress Disorder. I have been a member of the medical staff of Weiss Memorial Hospital in Chicago and Lutheran General Hospital.

4. I have evaluated, diagnosed, and/or treated over 3,000 individuals with gender dysphoria and have published four books related to the treatment of such individuals, including the medical text titled *Principles of Transgender Medicine and Surgery* (co-editors Monstrey &

Eyler; Routledge 2007), and the Second Edition (co-editors Monstrey & Coleman; Routledge, 2016). I am currently under contract to publish the Third Edition of this text. In addition, I have authored numerous articles in peer-reviewed journals regarding the provision of health care to the transgender population.

5. The World Professional Association for Transgender Health (WPATH) is an international association of more than 2,500 medical and mental health professionals specializing in the treatment of gender diverse people that promulgates Standards of Care (SOC) for the treatment of gender dysphoria worldwide. I was Secretary and served as a member of the Board of Directors of WPATH for more than a decade.

6. I am a co-author of WPATH's SOC for the Health of Transsexual, Transgender and Gender Nonconforming People, Version 7 (WPATH SOC-7), published in 2012, and the WPATH SOC Care for the Health of Transgender and Gender Diverse People, Version 8 (WPATH SOC-8), published in 2022. For SOC-8, I was the co-lead for the chapter on "Applicability of the Standards of Care to People Living in Institutional Environments."

7. As an expert on the treatment of gender incongruity, I provide training to medical professionals on health care for transgender people. I have also been a consultant to policy makers, as well as the Centers for Medicare and Medicaid.

8. I have served as a member of the University of Chicago Gender Board, which met as a consulting group to discuss upcoming surgeries. I am also on the editorial boards of *Transgender Health* and *the International Journal of Transgender Health*.

9. I have been an invited guest at the National Institutes of Health to participate in developing a strategic research plan to advance the health of sexual and gender minorities, and was invited to address the Director of the Office of Civil Rights of the United States Department

of Health and Human Services regarding the medical treatment of gender dysphoria. I am the recipient of the externally funded Randi and Fred Ettner Fellowship in Transgender Health at the University of Minnesota. I received a commendation from the U.S. Congress House of Representatives recognizing my work.

10. I have lectured throughout North America, Europe, South America, and Asia on topics related to gender dysphoria and have given grand rounds on gender dysphoria at university hospitals. I have been a consultant to news media and have been interviewed as an expert by hundreds of television, radio, and print outlets throughout the country.

11. I have been retained as an expert regarding gender conditions and treatment of multiple court cases and administrative proceedings, and have been repeatedly qualified as an expert.

12. A true and correct copy of my Curriculum Vitae, which provides a complete overview of my education, training, and work experience and a full list of my publications, is attached hereto as **Appendix A**.

13. Attached as **Appendix B** is a bibliography of relevant medical and scientific materials related to transgender people and gender dysphoria. I generally rely on these materials when I provide expert testimony, in addition to the documents specifically cited as supportive examples in particular sections of this declaration. I have also reviewed a copy of Idaho House Bill 752.

14. The materials I have relied upon in preparing this declaration are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject. I reserve the right to revise and supplement the opinions expressed in this declaration or the bases for them if any new information becomes available in the future, including as a result of

new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

**A. Previous Testimony**

15. Over the past four years, I have given expert testimony at trial or by deposition in the following cases related to gender dysphoria and its treatment: *Casey Perkins v. State of Montana*, No. DV-32-2025-282 (D. Montana); *Wagoner v. Dahlstrom*, No. 3:18-cv-00211-RRB (D. Alaska); *Bernier v. Turbocam*, No. 1:23-cv-00523-LM-AJ (D.N.H.); *Cordellioné v. Comm'r, Indiana Dep't of Corr.*, No. 3:23-cv-135-RLY-CSW, 2024 WL 4333152 (S.D. Ind. Sept. 17, 2024); *Soneeya v. Turco*, 717 F. Supp. 3d 132 (D. Mass. 2024); *Levy v. Green*, No. 18- 1291-TDC, 2024 WL 3090367 (D. Md. June 21, 2024); *D.T. v. Christ*, 552 F. Supp. 3d 888 (D. Ariz. 2021); *Zayre-Brown v. North Carolina Dep't of Public Safety*, No. 3:22-cv-00191, 2024 WL 410243 (W.D.N.C. Feb. 2, 2024); *Roe v. Herrington*, No. 4:20-cv-00484-JAS, 2023 WL 5759590 (D. Ariz. Aug. 10, 2023); *Diamond v. Ward*, No. 5:20-cv-00453, 2022 WL 3221224 (M.D. Ga. Aug. 9, 2022); *Stillwell v. Dwenger*, No. 1:21-cv-1452-JRS-MPB, 2021 WL 12323941 (S.D. Ind. June 7, 2021); *Letray v. City of Watertown*, 718 F. Supp. 3d 192 (N.D.N.Y.); *C.P. v. Blue Cross Blue Shield of Illinois*, No. 3:20-cv-06145-RJB, 2021 WL 12192011 (W.D. Wash. Nov. 2, 2021); *Gilbert v. Dell Technologies*, 415 F. Supp. 3d 389 (S.D.N.Y. 2019); *Kadel v. Folwell*, 620 F. Supp. 3d 339 (M.D.N.C. 2022); *Gore v. Lee*, No. 3:19-CV-00328, 2023 WL 4141665 (M.D. Tenn. June 22, 2023); *Eller v. Prince George's Cnty. Public Sch.*, 580 F. Supp. 3d 154 (D. Md. 2022); *see also Edmo v. Idaho Dep't of Corr.*, 358 F. Supp. 3d 1103 (D. Idaho 2018).

**B. Compensation**

16. I am being compensated for my work on this matter at a rate of $400.00 per hour, up to a maximum of $3,200.00 per day, for requested research, report and declaration drafting,

phone or Zoom conferences, face-to-face meetings, deposition preparation, and travel time; $400.00 per hour for any clinical consulting; and $600.00 per hour for deposition testimony, trial preparation work, and trial testimony, up to a maximum of $4,800.00 per day. I will be reimbursed for reasonable out-of-pocket travel expenses incurred for the purpose of providing expert testimony in this matter. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

## III. EXPERT OPINIONS

### A. Gender Dysphoria

17. The term "gender identity" is a well-established concept in psychology and medicine, referring to one's internal sense of one's self as belonging to a particular gender. Every person has a gender identity, and gender identity is distinct from sex. All human beings develop a gender identity, such as male or female.

18. At birth, infants are typically classified as male or female, based on a cursory view of the newborn's external genitalia. This classification becomes the person's birth-assigned sex. Typically, persons born with the external physical characteristics of males psychologically identify as men, and those with the external physical characteristics of females psychologically identify as women. However, for transgender people, this is not the case. For transgender people, the sense of one's gender identity differs from their birth-assigned sex.

19. The only relevant difference between transgender people and non-transgender people is that the latter have a gender identity that is consistent with their birth-assigned sex whereas the former do not. A transgender woman cannot simply turn off her gender identity like a switch any more than anyone else could.

20. For some transgender individuals, the incongruence between gender identity and

assigned sex results in gender dysphoria, a serious medical condition characterized by clinically significant, persistent feelings of stress and discomfort with one's assigned sex.

21. In 1980, the American Psychiatric Association (APA) introduced the diagnosis gender identity disorder (GID) in the third edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM-III). The GID diagnosis was maintained in a revised version of DSM, known as DSM-III-R (1987), as well as in DSM-IV, which was issued in 1994.

22. In 2013, with the publication of DSM-5, the GID diagnosis was removed and replaced with Gender Dysphoria. This new diagnostic term was based on significant changes in the understanding of the condition of individuals whose birth-assigned sex differs from their gender identity. The change in nomenclature was intended to acknowledge that gender incongruence, in and of itself, does not constitute a mental disorder. Nor is an individual's identity disordered. Rather, the diagnosis is based on the distress or dysphoria that some transgender people experience because of the incongruence between assigned sex and gender identity and the social problems that ensue. Am. Psych. Assoc., *Gender Dysphoria* (Nov. 15, 2023), https://dictionary.apa.org/gender-dysphoria; *see also* Am. Psych. Assoc., *Diagnostic and Statistical Manual of Mental Disorders* (5th ed. 2013).

23. In 2019, the World Health Organization (WHO) similarly recognized that being transgender is not a mental illness and likewise reclassified the gender incongruence diagnosis in the International Classification of Diseases-11 (ICD-11), removing gender incongruence from the chapter on mental and behavioral disorders.

24. Gender dysphoria is both the name of the formal psychological diagnosis and the psychiatric term for the severe and unremitting emotional pain that the condition gives rise to.

25. The diagnostic criteria for gender dysphoria in adults in DSM-5 are as follows:

a. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least two of the following:

   i. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics.

   ii. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender.

   iii. A strong desire for the primary and/or secondary sex characteristics of the other gender.

   iv. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).

   v. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

   vi. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

b. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning. (DSM-5 at 452-453).

26. As evidenced throughout the scientific and medical literature, gender identity has a strong biological basis and a physiological and biological etiology. A growing body of research demonstrates that a person's gender identity is influenced by a combination of genetic,

hormonal, neurodevelopmental, and epigenetic factors—confirming that gender identity is not merely psychological or social in origin. (Rametti *et al.*, White Matter, 2011; Rametti *et al.*, Microstructure, 2011; Luders *et al.*, 2006; Garcia-Falgueras, A. & Swaab, D., 2010); Hare, L. *et al.*, 2009; Gomez-Gil *et al.*, 2010; Zhou *et al.*, 1995; Kruijver *et al.*, 2000; Heylens *et al.*, 2012; Diamond, 2013; Savic & Arver, 2011; Guillamon, 2016). For example, studies have demonstrated that transgender women, transgender men, non-transgender women, and non-transgender men have different brain composition with respect to the white matter of the brain, the cortex (central to behavior), and subcortical structures. (Rametti *et al.*, White Matter, 2011; Rametti *et al.*, Microstructure, 2011; Luders *et al.*, 2006).

27. It is now believed that gender dysphoria evolves as a result of the interaction of the developing brain and sex hormones. *See, e.g.* Garcia-Falgueras, A. & Swaab, D., 2010 (explaining that "[a]s sexual differentiation of the brain takes place at a much later stage in the development than sexual differentiation of the genitals, these two processes can be influenced independently of each other."); *see also* (Hare, L. *et al.*, 2009). Taken together, these findings underscore that gender dysphoria arises from complex biological and physiological underpinnings. Efforts to change an individual's gender identity are therefore both futile and contrary to clinical standards of care, which recognize treatment for gender dysphoria as medically necessary. Past attempts to "cure" transgender individuals by means of psychotherapy, conversion treatments, or electroshock therapy, in an effort to change their gender identity to match their birth-assigned sex, have proven ineffective and caused extreme psychological damage. All major associations of medical and mental health providers, such as the American Medical Association, the American Psychiatric Association, the American Psychological Association, and the SOC, consider such efforts unethical.

**B. Treatment of Gender Dysphoria**

28. Gender dysphoria can be significantly alleviated, and in many cases resolved, through appropriate medical treatment.

29. Once a diagnosis of gender dysphoria is established, individualized treatment should be initiated. Without treatment, individuals with gender dysphoria experience anxiety, depression, suicidality, and other attendant mental health issues and are often unable to adequately function in occupational, social, or other areas of life.

30. The medically accepted standards of care for treatment of gender dysphoria are set forth in the WPATH Standards of Care (SOC), first published in 1979.

31. The WPATH promulgated SOC are the internationally recognized guidelines for the treatment of persons with gender dysphoria and inform medical treatment throughout the world. The WPATH promulgated (SOC) are internationally recognized guidelines for the treatment of persons with gender dysphoria and inform medical practice throughout the world. Additionally, the Endocrine Society has issued clinical practice guidelines which provide detailed, evidence-based recommendations for the hormonal treatment of gender dysphoric and gender incongruent individuals (Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline, 2009; see also Hembree *et al.*, 2017). Both the WPATH and Endocrine Society guidelines reflect a broad medical consensus regarding the appropriate, individualized treatment of gender dysphoria across disciplines.

32. The American Medical Association, the Endocrine Society, the American Psychological Association, the American Psychiatric Association, the World Health Organization, the American Academy of Family Physicians, the American Public Health Association, the National Association of Social Workers, the American College of Obstetrics and

Gynecology all support protocols in accordance with the SOC.[1]

33. As part of the SOC, many transgender individuals with gender dysphoria undergo a medically-indicated and supervised gender transition by qualified medical and mental health providers to ameliorate their gender dysphoria and live life consistent with their gender identity. The SOC recommend an individualized approach to gender transition, consisting of one or more of the following protocol components of evidence-based care for gender dysphoria:

- Changes in gender expression and role (which may involve living part time or full time in another gender role, consistent with one's gender identity);
- Hormone therapy to feminize or masculinize the body;
- Surgery to change primary and/or secondary sex characteristics (e.g. breasts/chest, external and/or internal genitalia, facial features, body contouring);
- Psychotherapy (individual, couple, family, or group) for purposes such as exploring gender identity, role, and expression; addressing the negative impact of gender dysphoria and stigma on mental health; alleviating internalized transphobia; enhancing social and peer support

---

[1] See, *e.g.*, *Am. Med. Assoc., House of Delegates Resolution 122* (A-08) 2008), https://www.tgender.net/taw/ama_resolutions.pdf; *Am. Med. Assoc., House of Delegates Resolution* (June 2023) (adopted by vote, affirming access to evidence-based gender-affirming medical care and opposing criminal or civil penalties against patients and clinicians), https://www.ama-assn.org/system/files/a23-resolutions.pdf; Am. Psychological Assoc., *Guidelines for Psychological Practice With Transgender and Gender Nonconforming People* (Dec. 2015), https://www.apa.org/practice/guidelines/transgender.pdf (APA guidelines are to complement WPATH SOC for treatment); American Academy of Child & Adolescent Psychiatry, *Clinical Guidelines and Training for Providers, Professionals, and Trainees*, https://www.aacap.org/AACAP/Member_Resources/SOGIIC/Clinical_Guidelines_Training_Providers_Professionals_Trainees.aspx; J. Rafferty *et al.*, *Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents*, 142 *Pediatrics* 1 (2018) (noting that most protocols for gender-affirming interventions incorporate World Professional Association for Transgender Health and Endocrine Society recommendations); World Professional Association for Transgender Health, *Policy Statements* (Dec. 21, 2016), https://wpath.org/wp-content/uploads/2024/11/WPATH-Position-on-Medical-Necessity-12-21-2016.pdf (documenting organizational support of the WPATH Standards of Care by, inter alia, the American Medical Association, Endocrine Society, American Psychiatric Association, American Psychological Association, American Academy of Family Physicians, National Commission on Correctional Health Care, American Public Health Association, American College of Obstetricians and Gynecologists, and the World Health Organization); Wylie C. Hembree *et al.*, *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, 102 *J. Clinical Endocrinology & Metabolism* 3869 (2017).

improving body image; or promoting resilience.

**1. Social Transition**

34. Gender transition is the process through which a person begins bringing their outer appearance and lived experience into alignment with their gender identity. Social transition is a critical aspect of transition for many transgender people. Changes often associated with a social transition include changes in clothing, name, pronouns, hairstyle as well as using sex-separated facilities consistent with their gender identity.

35. Social transition has an enormous impact in the treatment of gender dysphoria. An early seminal study emphasizes the importance of aligning presentation and identity. Greenberg and Laurence (1981) compared the psychiatric status of individuals with gender dysphoria who had socially transitioned with those who had not. Those who had socially transitioned showed "a notable absence of psychopathology" compared to those who were still living in their birth-assigned sex.

36. The goal of proper treatment is to align the person's body and outward expressions of gender with their existing, fixed gender identity. Treatment promotes congruence between identity and physical appearance, thereby alleviating dysphoria, and enabling the individual to be recognized by others in a manner consistent with their gender.

37. Clinical literature has long recognized that living incongruently with one's gender identity may produce profound shame, internal conflict, and grief, often described by patients as living behind a "false self" or in a body experienced as incongruent. Social transition can meaningfully reduce this distress and is associated with improved psychological functioning and self-coherence (*See, e.g.*, Greenberg & Lawrence, 1981; Ettner, 1999; Devor, 2008).

### 2. Hormone Therapy

38. For almost all individuals with persistent, well-documented gender dysphoria, hormone therapy is an essential and medically indicated treatment to alleviate the distress of the condition.

39. Hormone therapy is a well-established and effective means of treating gender dysphoria. The American Medical Association, the Endocrine Society, the American Psychiatric Association, and the American Psychological Association all agree that hormone therapy is medically necessary treatment for many individuals with gender dysphoria.[2]

40. The goals of hormone therapy for individuals with gender dysphoria are: (i) to significantly reduce hormone production associated with the person's sex assigned at birth and, thereby, the secondary sex characteristics of the individual's sex assigned at birth; and (ii) to replace circulating sex hormones associated with the person's sex assigned at birth with feminizing or masculinizing hormones, using the principles of hormone replacement treatment developed for hypogonadal patients (*i.e.*, non-transgender males born with insufficient testosterone or non-transgender females born with insufficient estrogen) (Hembree *et al.*, 2009; 2017).

41. The therapeutic effects of hormone therapy are twofold: (i) with endocrine

---

[2] *See*, *e.g.*, Am. Med. Assoc., *Issue Brief: Health Insurance coverage for gender affirming care of transgender patients* (2019), https://www.ama-assn.org/system/files/2019-03/transgender-coverage-issue-brief.pdf; Am. Psychiatric Assoc., *Position Statement on Access to Care for Transgender and Gender Diverse Individuals* (2018), https://www.psychiatry.org/about-apa/policy-finder/position-statement-on-access-to-care-for-transgend; Endocrine Soc'y, *Transgender Health: an Endocrine Society Position Statement* (2020), https://www.endocrine.org/advocacy/position-statements/transgender-health*.* *American Psychological Association Position Statement,* https://www.aglp.org/Documents/Position-2018-Access-to-Care-for-Transgender-and-Gender-Diverse-Individuals.pdf.

treatment, the patient acquires congruent sex characteristics, *i.e.*, for transgender women, breast development, redistribution of body fat, cessation of male pattern baldness, and reduction of body hair; and (ii) hormones act directly on the brain, via receptors sites for sex steroids, which produces an attenuation of dysphoria and attendant psychiatric symptoms, and the promotion of a sense of well-being (Cohen-Kettenis & Gooren, 1993).

42. The efficacy of hormone therapy to treat gender dysphoria is observed clinically and is well documented in the literature. For example, in one study, researchers investigated 187 transgender individuals who had received hormones and compared them with a group of transgender individuals who did not. Untreated individuals showed much higher levels of depression, anxiety, and social distress than those who received hormone therapy (Rametti *et al.*, 2011; Colizi *et al.*, 2014; Gorin-Lazard *et al.*, 2011).

**3. Surgical Treatment**

43. For some individuals with severe gender dysphoria, hormone therapy alone is insufficient. Relief from their dysphoria cannot be achieved without surgical intervention to modify primary and secondary sex characteristics, *e.g.*, genital reconstruction, facial feminization, breast augmentation/mastectomy. Under the contemporary understanding of gender identity, transition-related medical treatments confirm, not "change," an individual's sex by aligning primary and secondary sex characteristics with a person's gender identity.

44. The extensive experience and research supporting the effectiveness of gender affirming surgery spanning decades demonstrate that surgery is a medically necessary, not experimental, treatment for severe gender dysphoria as demonstrated by its inclusion as a medically necessary treatment in the SOC.

45. Decades of careful and methodologically sound scientific research have

demonstrated surgery is a safe and effective treatment for severe gender dysphoria and, indeed, for many people, it is the *only* effective treatment (*see e.g.*, Pfafflin & Junge, 1998; Smith *et al.*, 2005; Jarolim *et al.*, 2009).

46. The principles outlined above reflect the established, evidence-based approach to the treatment of gender dysphoria, which emphasizes alignment between an individual's gender identity, physical characteristics, and lived experience.

47. Policies that require transgender individuals to use restrooms inconsistent with their gender identity, such as those imposed by Idaho House Bill 752's criminal penalties, directly interfere with this alignment and create foreseeable and clinically significant harm. These policies do not reflect, and are inconsistent with, decades of research supporting treatments for gender dysphoria.

48. The harms associated with such policies are not theoretical; they are well-documented and arise from both the psychological impact of forced incongruence and the practical consequences of restricted restroom access.

**C. Harms Associated with Restricted Restroom Access**

49. Requiring transgender individuals to use restrooms that are inconsistent with their gender identity and lived experience results in significant psychological harm. Such policies force individuals into situations that intensify the very incongruence that treatment is designed to alleviate, thereby exacerbating gender dysphoria and increasing anxiety, distress, and emotional dysregulation (American Psychiatric Association, 2013; American Psychological Association, 2015).

50. In practice, enforcement of such policies necessarily relies on subjective judgments about a person's appearance, creating ambiguity in application and increasing the

likelihood that individuals will be scrutinized or challenged in public settings, which, in turn, increases the risk of confrontation and harm. In addition, a statewide policy of this nature can reasonably be expected to limit transgender individuals' willingness or ability to travel, participate in public life, or leave their homes due to fear of confrontation or legal consequences. This is a foreseeable consequence of laws that broadly restrict access to restrooms across public settings. For example, these policies commonly result in avoidance behaviors. Transgender individuals frequently report limiting fluid intake, avoiding restroom use, or restricting participation in work, school, and public life to avoid situations in which restroom access becomes necessary. These behaviors can result in adverse physical health consequences, including dehydration, urinary tract infections, and, in some cases, more serious complications such as kidney dysfunction when individuals routinely delay or avoid urination. These patterns of avoidance are clinically significant because they reflect behavioral restriction driven by distress, a core feature of impaired functioning in individuals with gender dysphoria.

51. In a national survey of transgender adults, nearly one-third reported limiting food or fluid intake to avoid using public restrooms, and a substantial proportion reported avoiding public spaces altogether due to fear of restroom-related confrontations (James *et al.*, 2016). These behaviors carry both psychological and physical health risks.

52. Additionally, policies such as Idaho House Bill 752 rely on rigid binary classifications of sex that do not reflect biological reality. Sex is not binary. A subset of the population, commonly referred to as intersex individuals, are born with variations in sex characteristics that do not fit typical definitions of male or female. These variations may involve chromosomal patterns, gonadal structures, hormonal profiles, or external anatomy. As a result, some individuals cannot be readily classified within binary categories based on appearance or

documentation alone.

53. Policies such as Idaho House Bill 752, which impose criminal penalties for a transgender person's restroom use in accordance with their gender identity, introduce an additional and profound layer of harm. The threat of arrest or prosecution creates a persistent state of vigilance and fear, which is associated with increased anxiety, avoidance behavior, and impaired daily functioning.

**1. Privacy and Risk of Exposure**

54. In many cases, a transgender person's status is not apparent based on appearance alone. Requiring individuals to use restrooms based on their sex assigned at birth forces them into environments where their presence may be perceived as incongruent, thereby revealing highly sensitive personal information. In doing so, such policies may effectively disclose information about an individual's medical history or treatment, including the fact that the person has been diagnosed with and/or is receiving treatment for gender dysphoria.

55. By forcing a transgender individual into a space that does not align with how they identify and how they are perceived by the world, laws like HB 752 publicly disclose an individual's transgender status, and potentially associated medical information, without their consent. They also deprive transgender people of the ability to control when, how, and to whom such information is shared. This loss of control over personal information is itself psychologically distressing and undermines a person's sense of safety and autonomy (Herman, 2013).

56. Moreover, forced disclosure increases the risk of harassment and violence. Transgender individuals are disproportionately subjected to mistreatment in public settings, including verbal harassment and physical assault (James *et al.*, 2016). Policies that compel

individuals to use restrooms inconsistent with their gender identity heighten this risk by placing them in environments where they are more likely to be scrutinized or challenged.

57. Notably, research indicates that transgender individuals may face an elevated risk of harassment and assault in public restroom settings, particularly when they are perceived as not conforming to expected gender norms. These norms are typically based on socially recognized cues such as physical appearance, clothing, voice, and mannerisms, which shape how individuals are perceived by others. This risk is heightened when individuals are required to use restrooms inconsistent with their gender identity, as such policies increase the likelihood that they will be perceived as being incongruent with the gender designation of those spaces, thereby increasing the potential for confrontation, harassment, and escalation (Herman, 2013; Seelman, 2016).

58. Even individuals who are open about their identity in some contexts retain an interest in controlling disclosure in unfamiliar or potentially unsafe environments. Policies such as this one compel disclosure in uncontrolled public settings, which increases risk and undermines personal autonomy.

**2. Absence of Evidence of Harm to Others**

59. There is no credible empirical evidence demonstrating that allowing transgender individuals to use restrooms consistent with their gender identity increases incidents of misconduct or harm to others. Analyses of jurisdictions with inclusive policies have consistently found no increase in public safety incidents attributable to such policies (Hasenbush *et al.*, 2018; Williams Institute, 2018).

60. Similarly, a large study of school districts found that inclusive policies were not associated with increases in sexual assault or safety incidents in restrooms or locker rooms (Williams Institute, 2018).

61. By contrast, the available evidence demonstrates that transgender individuals themselves are more likely to experience harassment, discrimination, and victimization in these settings than to pose any risk to others (James *et al.*, 2016; Hasenbush *et al.*, 2018).

## IV. SUMMARY

62. It is my professional opinion, to a reasonable degree of psychological certainty, that policies such as Idaho House Bill 752, which criminalize transgender people's restroom use in accordance with their gender identity, are inconsistent with established medical and psychological standards and result in significant and foreseeable harm to transgender individuals.

63. By requiring individuals to act in ways that directly conflict with their gender identity and lived experience, such policies exacerbate gender dysphoria, may interfere with medically necessary treatment, and produce measurable psychological and physical harms, including anxiety, depression, and avoidance of public life, as well as medically risky behaviors.

64. These policies compromise individuals' privacy, expose individuals to involuntary disclosure of highly sensitive personal information, and lead to an increased risk of harassment and victimization, without providing any demonstrable benefit to the safety or well-being of others.

65. In contrast, supporting individuals to live in accordance with their gender identity, including access to restrooms consistent with that identity, is a well-established component of effective, evidence-based care for gender dysphoria.

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2026.

Randi C. Ettner Ph.D.

Randi C. Ettner, Ph.D.

# Appendix A

**RANDI ETTNER, PHD**
**1214 Lake Street**
**Evanston, Illinois 60201**
**847-987-3433**

## POSITIONS HELD

Clinical Psychologist
Forensic Psychologist
Fellow and Diplomate in Clinical Evaluation, American Board of Psychological Specialties
Fellow and Diplomate in Trauma/PTSD
President, New Health Foundation Worldwide
Past Secretary, World Professional Association for Transgender Health (WPATH)
Chair, Committee for Institutionalized Persons, WPATH
Global Education Initiative Committee Curriculum Development, WPATH
University of Minnesota Medical Foundation: Leadership Council
Psychologist, Center for Gender Confirmation Surgery, Weiss Memorial Hospital
Adjunct Faculty, Prescott College
Editorial Board, *International Journal of Transgender Health*
Editorial Board, *Transgender Health*
Television and radio guest (more than 100 national and international appearances)
Internationally syndicated columnist on women's health issues
Private practitioner
Adjunct Medical staff; Department of Medicine: Weiss Memorial Hospital, Chicago, IL
Advisory Council, National Center for Gender Spectrum Health
Global Clinical Practice Network; World Health Organization
Harvard Law School LGBTQ Clinic Leadership Council

## EDUCATION

| | |
|---|---|
| PhD, 1979 | Northwestern University (with honors) Evanston, Illinois |
| MA, 1976 | Roosevelt University (with honors) Chicago, Illinois |
| BA, 1969-73 | Indiana University<br>Bloomington, Indiana<br>Cum Laude<br>Major: Clinical Psychology; Minor: Sociology |
| 1972 | Moray College of Education<br>Edinburgh, Scotland<br>International Education Program |
| 1970 | Harvard University<br>Cambridge, Massachusetts Social Relations Undergraduate<br>Summer Study Program in Group Dynamics and Processes |

## CLINICAL AND PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2017-2026 | Psychologist: Weiss Memorial Hospital Center for Gender Confirmation Surgery |
| | Consultant: Walgreens; Tawani Enterprises; Starbucks, Rush University Medical Center |
| 2015-2017 | Private practitioner: clinical and forensic practice; Medical staff attending psychologist Advocate Lutheran General Hospital |
| 2013 | Instructor, Prescott College: Gender-A multidimensional approach |
| | ICD-11 Member of International Working Group |
| 2011 | Consultant to Wisconsin Public Schools |
| 2010 | President New Health Foundation Worldwide |
| 2000 | Instructor, Illinois School of Professional Psychology |
| 1995-present | Supervision of clinicians in counseling gender non-conforming clients |
| 1993 | Post-doctoral continuing education with Dr. James Butcher in MMPI-2 Interpretation, University of Minnesota |
| 1992 | Continuing advanced tutorial with Dr. Leah Schaefer in psychotherapy |
| 1983-1984 | Staff psychologist, Women's Health Center, St. Francis Hospital, Evanston, Illinois |
| 1981-1984 | Instructor, Roosevelt University, Department of Psychology: Psychology of Women, Tests and Measurements, Clinical Psychology, Personal Growth, Personality Theories, Abnormal Psychology |
| 1976-1978 | Research Associate, Cook County Hospital, Chicago, Illinois, Department of Psychiatry |
| 1975-1977 | Clinical Internship, Cook County Hospital, Chicago, Illinois, Department of Psychiatry |
| 1971 | Research Associate, Department of Psychology, Indiana University |
| 1970-1972 | Teaching Assistant in Experimental and Introductory Psychology Department of Psychology, Indiana University |

1969-1971 Experimental Psychology Laboratory Assistant, Department of Psychology, Indiana University

## INVITED PRESENTATIONS AND GRAND ROUNDS

*Evolution of Transgender Prisoners' Access to Health Care Behind Bars: 25 Years of Expert Witness Experience Using the WPATH SOC (Versions5-8).* WPATH 28th Scientific Symposium, Lisbon, Portugal, 2024. Ettner, R. and Brown, G.

*Clinical Perspectives and the Experience of Transgender Prisoners* Federal Death Penalty Strategy Session, 2023

IGEN POLITICS intergenerational politics podcast; July, 12, 2023 Episode 199; Apple Podcast, Spotify, YouTube

*Working with Transgender Clients* National Employment Lawyers Association, St. Louis, MO, 2023

*Shifting Sands: Challenges in Providing Surgical Care* American Society of Reconstructive Microsurgery, Miami, FL 2023

*The Standard of Care for Institutionalized Persons* WPATH 27th Scientific Symposium, Montreal, Canada 2022

*Healthcare for Transgender Prisoners* Rush University, Department of Plastic and Reconstructive Surgery, Chicago, IL 2022

*Sexual Function: Expectations and outcomes for patients undergoing gender-affirming surgery.* Whitney, N., Ettner, R., Schechter, L. Rush University, Department of Plastic and Reconstructive Surgery, Chicago, IL 2022

*Care of the Older Transgender Patient,* Weiss Memorial Hospital, Chicago, IL, 2021

*Working with Medical Experts,* The National LGBT Law Association, webinar presentation, 2020

*Legal Issues Facing the Transgender Community,* Illinois State Bar Association, Chicago, IL, 2020

*Providing Gender Affirming Care to Transgender Patients,* American Medical Student Association, webinar presentation, 2020

*Foundations in Mental Health for Working with Transgender Clients;* Center for Supporting Community Development Initiatives, Vietduc University Hospital, Hanoi, Vietnam, 2020

*Advanced Mental Health Issues, Ethical Issues in the Delivery of Care,* Development Initiaves, Vietduc University Hospital, Hanoi, Vietnam, 2020

*What Medical Students Need to Know about Transgender Health Care,* American Medical Student Association, webinar presentation, 2019

*The Transgender Surgical Patient,* American Society of Plastic Surgeons, Miami, FL 2019

*Mental health issues in transgender health care,* American Medical Student Association, webinar presentation, 2019

*Sticks and stones: Childhood bullying experiences in lesbian women and transmen,* Buenos Aires, 2018

*Gender identity and the Standards of Care,* American College of Surgeons, Boston, MA, 2018

*Expectations of individuals undergoing gender-confirming surgeries* Schechter, L., White, T., Ritz, N., Ettner, R. Buenos Aires, 2018

*The mental health professional in the multi-disciplinary team, pre-operative evaluation and assessment for gender confirmation surgery,* American Society of Plastic Surgeons, Chicago, IL, 2018; Buenos Aires, 2018

*Navigating transference and countertransference issues,* WPATH Global Education Initiative, Portland, OR; 2018

*Psychological aspects of gender confirmation surgery* International Continence Society, Philadelphia, PA 2018

*The role of the mental health professional in gender confirmation surgeries,* Mt. Sinai Hospital, New York City, NY, 2018

*Mental health evaluation for gender confirmation surgery,* Gender Confirmation Surgical Team, Weiss Memorial Hospital, Chicago, IL 2018

*Transitioning; Bathrooms are only the beginning,* American College of Legal Medicine, Charleston, SC, 2018

*Gender Dysphoria: A medical perspective,* Department of Health and Human Services, Office for Civil Rights, Washington, D.C, 2017

*Multi-disciplinary health care for transgender patients*, James A. Lovell Federal Health Care Center, North Chicago, IL, 2017

*Psychological and Social Issues in the Aging Transgender Person,* Weiss Memorial Hospital, Chicago, IL, 2017

*Psychiatric and Legal Issues for Transgender Inmates,* USPATH, Los Angeles, CA, 2017

*Transgender 101 for Surgeons,* American Society of Plastic Surgeons, Chicago, IL, 2017

*Healthcare for transgender inmates in the US,* Erasmus Medical Center, Rotterdam, Netherlands, 2016

*Tomboys Revisited: Replication and Implication;* Amsterdam, Netherlands, 2016

*Orange Isn't the New Black Yet-* Care for incarcerated transgender persons, WPATH symposium, Amsterdam, Netherlands, 2016

*Can two wrongs make a right? Expanding models of care beyond the divide*, Amsterdam, Netherlands, 2016

*Foundations in mental health;* WPATH Global Education Initiative, Chicago, IL 2015

*Role of the mental health professional in legal and policy issues,* WPATH Global Education Initiative, Chicago, IL 2015

*Healthcare for transgender inmates;* WPATH Global Education Initiative, Chicago, IL 2015

*Children of transgender parents;* WPATH Global Education Initiative; Atlanta, GA, 2016

*Transfeminine genital surgery assessment:* WPATH Global Education Initiative, Columbia, MO, 2016

*Foundations in Mental Health;* WPATH Global Education Initiative; Ft. Lauderdale, FL, 2016; Washington, D.C., 2016, Los Angeles, CA, 2017, Minneapolis, MN, 2017, Chicago, IL, 2017; Columbus, Ohio, 2017; Portland, OR, 2018; Cincinnati, OH, 2018, Buenos Aires, 2018.

*Role of the forensic psychologist in transgender care;* WPATH Global Education Initiative, Minneapolis, MN, 2017; Columbus, Ohio, 2017.

*Pre-operative evaluation in gender affirming surgery-*American Society of Plastic Surgeons, Boston, MA, 2015

*Gender affirming psychotherapy;* Fenway Health Clinic, Boston, 2015

*Transgender surgery-* Midwestern Association of Plastic Surgeons, Chicago, 2015

*Assessment and referrals for surgery-Standards of Care-* Fenway Health Clinic, Boston, 2015

*Adult development and quality of life in transgender healthcare-* Eunice Kennedy Shriver National Institute of Child Health and Human Development, 2015

*How do patients choose a surgeon?* WPATH Symposium, Bangkok, Thailand 2014

*Healthcare for transgender inmates*- American Academy of Psychiatry and the Law, Chicago, 2014

*Supporting transgender students: best school practices for success*- American Civil Liberties Union of Illinois and Illinois Safe School Alliance, 2014

*Addressing the needs of transgender students on campus*- Prescott College, Prescott, AZ, 2014

*The role of the behavioral psychologist in transgender healthcare* – Gay and Lesbian Medical Association, 2013

*Understanding transgender*- Nielsen Corporation, Chicago, 2013

*Grand Rounds: Evidence-based care of transgender patients*- North Shore University Health Systems, University of Chicago, Illinois, 2011

*Care of the aging transgender patient University of California San Francisco, Center for Excellence, 2013*

*Grand Rounds*: *Evidence-based care of transgender patients* Roosevelt-St. Vincent Hospital, New York, 2011

*Grand Rounds*: *Evidence-based care of transgender patients* Columbia Presbyterian Hospital, Columbia University, New York, 2011

*Hypertension: Pathophysiology of a secret.* WPATH symposium, Atlanta, GA, 2011

*Exploring the Clinical Utility of Transsexual Typologies*- Oslo, Norway, 2009

*Children of Transsexual Parents*-International Association of Sex Researchers, Ottawa, Canada, 2005

*Children of Transsexual Parents*- Chicago School of Professional Psychology, Chicago, 2005

*Gender and the Law*- DePaul University College of Law, Chicago, Illinois, 2003

*Family and Systems Aggression against Providers,* WPATH Symposium, Ghent, Belgium 2003

*Children of Transsexual Parents*-American Bar Association annual meeting, New York, 2000

*Grand Rounds: Gender Incongruence in Adults,* St. Francis Hospital, 1999.

*Gender Identity, Gender Dysphoria and Clinical Issues*:

WPATH Symposium, Bangkok, Thailand, 2014
Argosy College, Chicago, Illinois, 2010
Cultural Impact Conference, Chicago, Illinois, 2005

Weiss Hospital, Department of Surgery, Chicago, Illinois, 2005

Resurrection Hospital Ethics Committee, Evanston, Illinois, 2005

Wisconsin Public Schools, Sheboygan, Wisconsin, 2004, 2006, 2009

Rush North Shore Hospital, Skokie, Illinois, 2004

Nine Circles Community Health Centre, University of Winnipeg, Winnipeg, Canada, 2003

James H. Quillen VA Medical Center, East Tennessee State University, Johnson City, Tennessee, 2002

Sixth European Federation of Sexology, Cyprus, 2002

Fifteenth World Congress of Sexology, Paris, France, 2001

Illinois School of Professional Psychology, Chicago, Illinois 2001

Lesbian Community Cancer Project, Chicago, Illinois 2000

Emory University Student Residence Hall, Atlanta, Georgia, 1999

Parents, Families and Friends of Lesbians and Gays National Convention, Chicago, Illinois, 1998;

In the Family: Psychotherapy Network National Convention, San Francisco, California, 1998;

Evanston City Council, Evanston, Illinois 1997;

Howard Brown Community Center, Chicago, Illinois, 1995;

YWCA Women's Shelter, Evanston, Illinois, 1995;

Center for Addictive Problems, Chicago, 1994

Highland Park Early Child Development Program, Highland Park, IL 1994

*Psychosocial Assessment of Risk and Intervention Strategies in Prenatal Patients*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984; Purdue University School of Nursing, West Layette, Indiana, 1980

*Psychonueroimmunology and Cancer Treatment*- St. Francis Hospital, Evanston, Illinois, 1984
*Psychosexual Factors in Women's Health*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984.

*Grand Rounds: Sexual Dysfunction in Medical Practice*- St. Francis Hospital, Dept. of OB/GYN, Evanston, Illinois, 1990

*Sleep Apnea* - St. Francis Hospital, Evanston, Illinois, 1996; Lincolnwood Public Library, Lincolnwood, Illinois, 1996

*The Role of Denial in Dialysis Patients* - Cook County Hospital, Department of Psychiatry, Chicago, Illinois, 1977

**PUBLICATIONS**

Hamadian, A., Whitney, N., Reynolds, A., Stoehr, J., Ettner, R. (2024) Improving access to care and consent for transgender and gender diverse youth in the United States. *Georgian Medical News*, 1(346).

Ettner, R., Schechter, L., & Coleman, E. (Eds.) Principles of Transgender Medicine and Surgery, 3rd edition; Routledge, (under contract).

Coleman, E., Radix, A., Bouman, W., Brown, G., deVries, A.L., Deutsch, M., Ettner, R., et. al. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International Journal of Transgender Health*, 23:sup1S1-S259.

Robles, C., Hamidian, A., Ferragamo, B., Radix, A., De Cuypere, G., Green, J., Ettner, R., Monstrey, S., Schechter, L. Gender affirmation surgery: A collaborative approach between the surgeon and the mental health professional. *Journal of Plastic and Reconstructive Surgery* in press.

Ettner, R. Healthcare for transgender prisoners. In Garcia (Ed.) Genital Gender Affirming Surgery: An Illustrated Guide and Video Atlas. Springer: 2025

Narayan, S., Danker, S Esmonde, N., Guerriero, J., Carter, A., Dugi III, D., Ettner, R., Radix A., Bluebond-Langner, R., Schechter, L., Berli, J. (2021) Guiding the conversation: Types of regret after gender-affirming surgery and their associated etiologies. *Annals of Translational Medicine,*9(7):605.

Ettner, R., White, T., Ettner, F., Friese, T., Schechter, L. (2018) Tomboys revisited: A retrospective comparison of childhood behaviors in lesbians and transmen. *Journal of Child and Adolescent Psychiatry*.

Ettner, R. Mental health evaluation. Clinics in Plastic Surgery. (2018) Elsevier, 45(3): 307-311.

Ettner, R. Etiology of gender dysphoria in Schechter (Ed.) Gender Confirmation Surgery: Principles and Techniques for an Emerging Field. Elsevier, 2017.

Ettner, R. Pre-operative evaluation. In Schechter (Ed.) Surgical Management of the Transgender Patient. Elsevier, 2017.

Berli, J., Kudnson, G., Fraser, L., Tangpricha, V., Ettner, R., et al. Gender Confirmation Surgery: what surgeons need to know when providing care for transgender individuals. *JAMA Surgery*; 2017.

Ettner, R., Ettner, F. & White, T. Choosing a surgeon: an exploratory study of factors influencing the selection of a gender affirmation surgeon. *Transgender Health*, 1(1), 2016.

Ettner, R. & Guillamon, A. Theories of the etiology of transgender identity. In Principles of Transgender Medicine and Surgery. Ettner, Monstrey & Coleman (Eds.), 2nd edition; Routledge, June, 2016.

Ettner, R., Monstrey, S, & Coleman, E. (Eds.) Principles of Transgender Medicine and Surgery, 2nd edition; Routledge, June, 2016.

Bockting, W, Coleman, E., Deutsch, M., Guillamon, A., Meyer, I., Meyer, W., Reisner, S., Sevelius, J. & Ettner, R. Adult development and quality of life of transgender and gender nonconforming people. *Current Opinion in Endocrinology and Diabetes*, 2016.

Ettner, R. Children with transgender parents in Sage Encyclopedia of Psychology and Gender. Nadal (Ed.) Sage Publications, 2017.

Ettner, R. Surgical treatments for the transgender population in Lesbian, Gay, Bisexual, Transgender, and Intersex Healthcare: A Clinical Guide to Preventative, Primary, and Specialist Care. Ehrenfeld & Eckstrand, (Eds.) Springer: MA, 2016.

Ettner, R. Etiopathogenetic hypothesis on transsexualism in Management of Gender Identity Dysphoria: A Multidisciplinary Approach to Transsexualism. Trombetta, Liguori, Bertolotto, (Eds.) Springer: Italy, 2015.

Ettner, R. Care of the elderly transgender patient. *Current Opinion in Endocrinology and Diabetes, 2013, Vo*l. 20(6), 580-584.

Ettner, R., and Wylie, K. Psychological and social adjustment in older transsexual people. *Maturitas,* March, 2013, Vol. 74, (3), 226-229.

Ettner, R., Ettner, F. and White, T. Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine* 2012, Vol. 2012.

Ettner, R. Psychotherapy in Voice and Communication Therapy for the Transgender/Transsexual Client: A Comprehensive Clinical Guide. Adler, Hirsch, Mordaunt, (Eds.) Plural Press, 2012.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., Adler, R., Brown, G., Devor, A., Ehrbar, R., Ettner, R., et.al. Standards of Care for the health of transsexual, transgender, and gender-nonconforming people. World Professional Association for Transgender Health (WPATH). 2012.

Ettner, R., White, T., and Brown, G. Family and systems aggression towards therapists. *International Journal of Transgenderism,* Vol. 12, 2010.

Ettner, R. The etiology of transsexualism in Principles of Transgender Medicine and Surgery, Ettner, R., Monstrey, S., and Eyler, E. (Eds.). Routledge Press, 2007

Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Principles of Transgender Medicine and Surgery. Routledge Press, 2007.

Monstrey, S. De Cuypere, G. and Ettner, R. Surgery: General principles in Principles of Transgender Medicine and Surgery, Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Routledge Press, 2007.

Schechter, L., Boffa, J., Ettner, R., and Ettner, F. Revision vaginoplasty with sigmoid interposition: A reliable solution for a difficult problem. The World Professional Association for Transgender Health (WPATH), 2007, *XX Biennial Symposium,* 31-32.

Ettner, R. Transsexual Couples: A qualitative evaluation of atypical partner preferences. *International Journal of Transgenderism,* Vol. 10, 2007.

White, T. and Ettner, R. Adaptation and adjustment in children of transsexual parents. *European Journal of Child and Adolescent Psychiatry,* 2007: 16(4)215-221.

Ettner, R. Sexual and gender identity disorders in Diseases and Disorders, Vol. 3, Brown Reference, London, 2006.

Ettner, R., White, T., Brown, G., and Shah, B. Client aggression towards therapists: Is it more or less likely with transgendered clients? *International Journal of Transgenderism,* Vol. 9(2), 2006.

Ettner, R. and White, T. in Transgender Subjectives: A Clinician's Guide Haworth Medical Press, Leli (Ed.) 2004.

White, T. and Ettner, R. Disclosure, risks, and protective factors for children whose parents are undergoing a gender transition. *Journal of Gay and Lesbian Psychotherapy,* Vol. 8, 2004.

Witten, T., Benestad, L., Berger, L., Ekins, R., Ettner, R., Harima, K. Transgender and Transsexuality. Encyclopeida of Sex and Gender. Springer, Ember, & Ember (Eds.) Stonewall, Scotland, 2004.

Ettner, R. Book reviews. *Archives of Sexual Behavior,* April, 2002.

Ettner, R. Gender Loving Care: A Guide to Counseling Gender Variant Clients. WW Norton, 2000.

*Social and Psychological Issues of Aging in Transsexuals*, proceedings, Harry Benjamin International Gender Dysphoria Association, Bologna, Italy, 2005.

*The Role of Psychological Tests in Forensic Settings*, *Chicago Daily Law Bulletin,* 1997.

Confessions of a Gender Defender: A Psychologist's Reflections on Life amongst the Transgender. Chicago Spectrum Press. 1996.

*Post-traumatic Stress Disorder*, *Chicago Daily Law Bulletin*, 1995.

*Compensation for Mental Injury, Chicago Daily Law Bulletin*, 1994.

*Workshop Model for the Inclusion and Treatment of the Families of Transsexuals,* Proceedings of the Harry Benjamin International Gender Dysphoria Symposium; Bavaria, Germany, 1995.

*Transsexualism- The Phenotypic Variable,* Proceedings of the XV Harry Benjamin International Gender Dysphoria Association Symposium; Vancouver, Canada, 1997.

*The Work of Worrying: Emotional Preparation for Labor* in Pregnancy as Healing. A Holistic Philosophy for Prenatal Care, Peterson, G. and Mehl, L. Vol. II. Chapter 13, Mindbody Press, 1985.

**PROFESSIONAL AFFILIATIONS**

University of Minnesota Institute for Sexual and Gender Health–Leadership Council

American College of Forensic Psychologists

World Professional Association for Transgender Health

WPATH GEI SOC 8 Certified Member

New Health Foundation Worldwide

World Health Organization (WHO) Global Access Practice Network

TransNet national network for transgender research

American Psychological Association

American College of Forensic Examiners

Society for the Scientific Study of Sexuality

Screenwriters and Actors Guild

Phi Beta Kappa

**AWARDS AND HONORS**

University of Minnesota, Institute for Sexual and Gender Health; 50 *Distinguished Sex and Gender Revolutionaries* award, 2021

Letter of commendation from United States Congress for contributions to public health in Illinois, 2019

WPATH Distinguished Education and Advocacy Award, 2018

*The Randi and Fred Ettner Transgender Health Fellowship*-Program in Human Sexuality, University of Minnesota, 2016

Phi Beta Kappa, 1972

Indiana University Women's Honor Society, 1970-1972

Indiana University Honors Program, 1970-1972

Merit Scholarship Recipient, 1970-1972

Indiana University Department of Psychology Outstanding Undergraduate Award Recipient, 1970-1972

Representative, Student Governing Commission, Indiana University, 1970

Sponsor 2nd International Trans Studies Conference 2025

**LICENSE**

Clinical Psychologist, State of Illinois, 1980

# Appendix B

**BIBLIOGRAPHY**

Ainsworth, T. & Spiegel, J. (2010) Quality of life of individuals with and without facial feminization surgery or gender reassignment surgery. *Quality of Life Research, 19(7),* 1019–24.

American Medical Association. (2008). *Resolution 122 (A-08), Removing Financial Barriers to Care for Transgender Patients.*

American Medical Association. (2023). House of Delegates resolutions: *Gender-affirming care protections.*

American Psychiatric Association (1980). *Diagnostic and Statistical Manual of Mental Disorders (DSM-III).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association (1987). *Diagnostic and Statistical Manual of Mental Disorders (DSM-III-R).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association (1994). *Diagnostic and Statistical Manual of Mental Disorders (DSM-IV).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association (2013). *Diagnostic and Statistical Manual of Mental Disorders (DSM-5).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association, *Gender Dysphoria* (2013), http://www.dsm5.org/documents/gender%20dysphoria%20fact%20sheet.pdf.

Bao, A.M. & Swabb, D.F. (2011). Sexual differentiation of the human brain: Relation to gender identity, sexual orientation and neuro-psychiatric disorders, *Frontiers in Neurology, 32(2)*, 214–26.

Bauer, G., Scheim, A., Pyne, J. *et al.* (2015). Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. *BMC Public Health*, 15:525.

Beck, A. *et al.* (1990). Relationship between hopelessness and ultimate suicide: A replication with psychiatric outpatients. *American Journal of Psychiatry*, 147(2).

Bennet, K., Qi, J, Kim, H., Hamill, J. et al. (2018). Comparison *of* 2-year complication rates among common techniques for post-mastectomy breast reconstruction. *JAMA Surgery.*

Bentz, E.K., Hefler, L.A., Kaufman, U. *et al.* (2008). A polymorphism of the CYP17 gene related to sex steroid metabolism is associated with female-to-male but not male-to-female transsexualism. *Fertility and Sterility, 90(1),* 56–59.

Berli, J., Kudnson, G., Fraser, L., Tangpricha, V., Ettner, R., *et al.* (2017). Gender Confirmation Surgery: what surgeons need to know when providing care for transgender individuals. *JAMA Surgery, 152(4),* 394–400.

Bockting, W. (2013). Transgender identity development. In Tolman & Diamond (Eeds.), *American Psychological Association's Handbook of Sexuality and Psychology.* Washington, D.C.: American Psychological Association.

Bockting, W. (2014). The impact of stigma on transgender identity development and mental health. In Kreukels, Steensma, and De Vries (Eds.), *Gender dysphoria and disorders of sex development: Progress in care and knowledge.* New York: Springer.

Boulware, S., Komody, R., et al. (2022) Biased science: The Texas and Alabama measures criminalizing medical treatment for transgender children and adolescents rely on inaccurate and misleading scientific claims, *Yale Law School Public Law Research.*

Bradford, N., Rider, CN. & Spencer, K. (2019). Hair removal and psychological well-being in transfeminine adults: associations with gender dysphoria and gender euphoria. *Journal of Dermatological Treatment*, 32(6):635-642.

Brown, G. (2010) Auto-castration and auto-penectomy as surgical self-treatment in incarcerated persons with Gender Identity Disorder. *International Journal of Transgenderism, 12: 31-39*.

Brown, G. & McDuffie, E. (2009) Health care policies addressing transgender inmates in prison systems in the US. *Journal of Correctional Health.*

Byne W. (2016). Regulations restrict practice of conversion therapy. *LGBT Health*, 3(2):97-99.

Chivers-Wilson, K. (2006) Sexual assault and posttraumatic stress disorders: A review of the biological, psychological and sociological factors and treatments. *Mc Gill Journal of Medicine*, (2):111-118.

Chung, W., De Vries, G., Swaab, D. (2002). Sexual differentiation of the bed nucleus of the stria terminalis in humans may extend into adulthood. *Journal of Neuroscience, 22(3),* 1027–33.

Cohen-Kettenis, PT. and Gooren, LJ. (1993). The influence of hormone treatment on psychological functioning of transsexuals. *Journal of Psychology and Human Sexuality, 1993(4),* 55–67.

Colborn, T. Dumanoski, D. & Meyers, W. (1997). *Our Stolen Future*. New York: Penguin.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J. … Zucker, K. (2011). WPATH Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism, 13*, 165–232.

Coleman, E., Radix, A., Bouman, W., Brown, G., DeVries, A., Deutsch, M., Ettner, R., et al. (2022) Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, *International Journal of Transgender Health, 23.*

Colizzi, M. , Costa, R., & Todarello, O. (2014). Transsexual patients' psychiatric comorbidity and positive effect on cross-sex hormonal treatment on mental health: results from a longitudinal study. *Psychoneuroendocrinology*, 39: 65-73.

Cornell University What We Know: The Public Policy Research Portal (2019), *What does the scholarly research say about transition on transgender well-being?* https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/.

DeCuypere, G., T'Sjoen, G., Beerten, R., Selvaggi, G., *et al.* (2005). Sexual and physical health after sex reassignment surgery. *Archives of Sexual Behavior, 34(6),* 679–90.

Devor, A. (2004). Witnessing and mirroring: A fourteen stage model of transsexual identity formation. *Journal of Gay and Lesbian Psychotherapy, 8(1-2),* 41–67.

Dhjene, C., Lichtenstein, P., Boman, M., et al. Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. PLOS ONE. 2011; 6(2).

Diamond, M. (2013). Transsexuality among twins: identity concordance, transition, rearing, and orientation. *International Journal of Transgenderism, 14(1),* 24–38.

Diamond, L., Pardo, S., Butterworth, M. (2011). Transgender experience and identity. In Schwartz *et al.* (Eds.), *Handbook of Identity Theory and Research.* New York: Springer.

Edgerton, M.T., and Meyer, J. K. (1973). Surgical and psychiatric aspects of transsexualism. In Horton, C. (Ed.), *Surgery of the External Genitalia* (pp. 117–61). Boston: Little, Brown.

Erickson, E. (1956). The problem of ego identity. *Journal of the American Psychoanalytic Association*, 4(1), 56–121.

Ettner, R. (1999). *Gender Loving Care.* New York: WW Norton.

Ettner, R. (2007) The etiology of transsexualism. In Ettner, R., Monstrey, S. & Eyler, A. (Eds.) *Principles of Transgender Medicine and Surgery* (pp. 1-14). New York: Haworth.

Ettner, R., Ettner, F. & White, T. (2012). Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine*, 2012.

Ettner, R. Care of the elderly transgender patient. *Current Opinion in Endocrinology and Diabetes, 2013*, 20(6), 580-584.

Ettner, R. & Wylie, K. (2013) Psychological and social adjustment in older transsexual people. *Maturitas, 74(3),* 226–29.

Ettner, R. (2015). Etiopathogenetic hypothesis on transsexualism. In Trombetta, Luguori & Bertolotto (Eds.) *Management of Gender Identity Dysphoria: A Multidimensional Approach to Transsexualism* (pp. 47–54). Italy: Springer.

Ettner, R. (2016). Surgical treatments for the transgender population. In Eckstrand, K. & Ehrenfeld, J. (Eds.) *Lesbian, Gay, Bisexual and Transgender Health Care.* (pp. 363–77). New York: Springer.

Ettner, R. & Guillamon, A. (2016). Theories of the etiology of transgenderism. In Ettner R., Monstrey, S. & Coleman E. (Eds.). *Principles of Transgender Medicine and Surgery* (pp. 3–15). New York: Routledge.

Ettner, R., Monstrey, S., & Eyler, A. (Eds.) (2007). *Principles of Transgender Medicine and Surgery* (1st ed.). New York: Routledge.

Ettner, R. Monstrey, S., & Coleman, E. (Eds.) (2017). *Principles of Transgender Medicine and Surgery* (2nd ed.). New York: Routledge.

Fernandez, R., Esteva, I., Gomez-Gil, E., Rumbo, T. *et al.* (2014b) The (CA) in polymorphism of ER*b* gene is associated with FtM transsexualism. *Journal of Sexual Medicine, 11(3),* 720–28.

Fernandez, R., Ramirez, K., Gomez-Gil, E. (2020) Gender-affirming hormone therapy modifies the CpG methylation pattern of the ESR1 gene promoter after six months of treatment in transmen. *Journal of Sexu*al *Health,* 17(9):1795-1806.

Frost, D., Lehavot, K., & Meyer, I. (2015). Minority stress and physical health among sexual minority individuals. *Journal of Behavioral Medicine*. *Journal Behavioral Medicine, 38(1)*, 1–8.

Galis, F., Ten Broek, C., Van Dongen, S., *et al.* (2010). Sexual dimorphism in the prenatal digit ratio (2D:4D). *Archives of Sexual Behavior, 39(1),* 57–62.

Garcia-Falgueras, A. & Swaab, D (2008). A sex difference in the hypothalamic uncinate nucleus: relationship to gender identity. *Brain, 131(12),* 3132–46.

Garcia-Falgueras, A. & Swaab, D (2010). Sexual hormones and the brain: As essential alliance for sexual identity and sexual orientation. *Pediatric Neuroendocrinology, 17,* 22–35.

Garn, S., Bundi, A., Babler, W., *et al*. (1975). Early prenatal attainment of adult metacarpal-phalangeal rankings and proportions. *American Journal of Physical Anthropology, 43*, 327-32.

Gijs, L., & Brewaeys, A. (2007). Surgical treatment of gender dysphoria in adults and adolescents: recent developments, effectiveness, and challenges. *Annual Review of Sex Research, 18(1),* 178–224.

Giordano, S. (2018). Understanding the emotion of shame in transgender individuals – some insight from Kafka. *Life Sciences, Society and Policy,* 14, 23.

Goffman, E. (1969). *The Presentation of Self in Everyday Life.* London: Allen Lane.

Gomez-Gil, E., Esteva, I., Almaraz, M,C. *et al.* (2010). Familiarity of gender identity disorder in non-twin siblings. *Archives of Sexual Behavior, 39(2),* 265–69.

Gomez-Gil, E., Zubiaurre-Elorza, L., Esteva, I., Guillamon, A. *et al.* (2012). Hormone-treated transsexuals report less social distress, anxiety and depression. *Psychoneuroendocrinology, 37(5),* 662–70.

Gooren, L.J. (2011). Care of transsexual persons. *New England Journal of Medicine, 364,* 1251–57.

Gorin-Lazard, A., Baumstark, K., Boyer, L., Maguigneau, A., *et al*. (2012). Is hormonal therapy associated with better quality of life in transsexuals? A cross-sectional study. *Journal of Sexual Medicine*, 9(2): 531-534.

Green, A. *et al*. (2018).Self-reported conversion efforts and suicidality among US LGBTQ youths and young adults. *American Journal of Public Health*, 110: 1221-1227.

Green, R. (2000). Family co-occurrence of "gender dysphoria": Ten siblings or parent-child pairs. *Archives of Sexual Behavior, 29(5),* 499–507.

Greenberg, R. & Laurence, L. (1981). A comparison of MMPI results for psychiatric patients and male applicants for transsexual surgery. *Journal of Nervous and Mental Disease, 169(5),* 320–23.

Guillamon, A., Junque, C., & Gomez-Gil, E. (2016). A review of the status of brain structure research in transsexualism. *Archives of Sexual Behavior, 45(7)*, 1615–48.

Haas, A. *et al.* (2014). *Suicide Attempts among Transgender and Gender Non-Conforming Adults*, http://williamsinstitute.law.ucla.edu/wp-content/uploads/AFSP-Williams-Suicide-Report-Final.pdf.

Halim, M.L., & Ruble, D. (2010). Gender identity and stereotyping in early and middle childhood. In Chrisler, J.C. & McCreary, D.R. (Eds.), *Handbook of gender research in psychology* (Vol. 1, pp. 495–526). New York: Springer.

Hare, L., Bernard, P., Sanchez, F. *et al.* (2009). Androgen receptor length polymorphism associated with male-to-female transsexualism. *Biological Psychiatry, 65(1),* 93–96.

Hasenbush, A., Flores, A. R., & Herman, J. L. (2018). Gender identity nondiscrimination laws in public accommodations: A review of evidence regarding safety and privacy. *Sexuality Research and Social Policy, 16*(1), 70–83.

Hatzenbuehler, M., Bellatorre, A., Lee, Y., *et al.* (2014). Structural stigma and all-cause mortality in sexual minority populations. *Social Science & Medicine*, 103; 333-41.

Hembree, W., Cohen-Kettenis, P., et al. (2009). Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline. *Journal of Clinical Endocrinology and Management,* 94, (9): 3132–3154.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., … T'Sjoen, G. G. (2017). Endocrine treatment of gender-dysphoric/gender-incongruent persons. *Journal of Clinical Endocrinology & Metabolism, 102*(11), 3869–3903.

Henningsson, S., Westberg, L, Nilsson, S. *et al.* (2005). Sex steroid-related genes and male-to-female transsexualism. *Psychoneuroendocrinology, 30(7),* 657–64.

Hepp U, Klaghofer R, Burkhard-Kubler R, Buddeberg C. (2002). Treatment follow-up of transsexual patients. A catamnestic study. *Nervenarzt.* 2002;73:283–288.

Herman, J. L. (2013). Gendered restrooms and minority stress. *Journal of Public Management & Social Policy, 19*(1), 65–80.

Heylens, G., De Cuypere, G., Zucker, K. J., Schelfaut, C., Elaut, E., Vanden Bossche, H., … T'Sjoen, G. (2012). Gender identity disorder in twins: A review of the case report literature. *Journal of Sexual Medicine, 9*(3), 751–757.

Hines, M. (2011). Gender development and the human brain. *Annual Review of Neuroscience 34*, 69-88.

Imbimbo, C., Verze, P., Palmieri, A., et al (2009). A report from a single institute's 14-year experience in treatment of male-to-female transsexuals. *Journal of Sexual Medicine*, 6, (10):2736–2745,

James, S. E., Herman, J. L., Rankin, S., Keisling, M., Mottet, L., & Anafi, M. (2016). *The report of the 2015 U.S. transgender survey*. National Center for Transgender Equality.

Jarolím, L., Šedý, J., Schmidt, M., Ondřej, N., Foltán, R., & Kawaciuk, I. (2009). Gender reassignment surgery in male-to-female transsexualism: A retrospective 3-month follow-up study with anatomical remarks. *Journal of Sexual Medicine, 6*, 1635–44.

Johansson, A., Sundbom, E., Ho¨jerback, E., et. al. (2009). A five-year follow-up study of Swedish adults with gender identity disorder. *Archives of Sexual Behavior*, DOI 10.1007/s10508-009-9551-1

Kuiper, A. J., & Cohen-Kettenis, P. T. (1998). Gender role reversal among postoperative transsexuals. *International Journal of Transgender-ism,* 2. Available at http://www.symposion.com/itj/itjc0502.htm.

Kerlin, S. (2004). The presence of gender dysphoria, transsexualism, and disorders of sex differentiation in males prenatally exposed to diethylstilbestrol: initial evidence from a 5-year study. DES Sons International network. TransAdvocate.org.

Klein, C. & Gorzalka, B. (2009). Sexual functioning in transsexuals following hormone therapy and genital Surgery: A Review. *Journal of Sexual Medicine* 6(11):2922-2939

Kruijver, F.P. *et al.* (2000), Male-to-female transsexual have female neuron numbers in a limbic nucleus. *Journal of Clinical Endocrinology & Metabolism, 5(1),* 2034–41.

Landen, M. *et al.* (2001). Done is done – and gone is gone: Sex reassignment surgery is presently the best cure for transsexuals. *Lakartidningen*, 98(30-31), 3322–26.

Landen, M. et al. (2011). Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. *PloS One, 6(2):* e16885.

Lane, M., Graham, C., Sluiter, E., et al. (2018). Trends in gender-affirming surgery in insured patients in the United States. *Plastic and Reconstructive Surgery*, 6(4).

Lawrence, A. (2003). Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. *Archives of Sexual Behavior, 32(4),* 299–315.

Lobato, M., Koff, W, Manenti, C., Seger, D. *et al.* (2006). A follow-up of sex reassignment surgery in transsexuals: A Brazilian cohort. *Archives of Sexual Behavior, 35(6),* 711–15.

Longo, M., Azanon, E. & Haggard, P. (2010). More than skin deep: Body representation beyond primary somatosensory cortex. *Neuropsychologia, 48(3),* 665–68.

Luders, E., Narr, K., Thompson, P., Rex, D. *et al.* (2006). Gender effects on cortical thickness and the influence of scaling. *Human Brain Mapping, 27(4)*, 314–24.

Majid, D. S. A. *et al.* (2020). Neural systems for own-body processing align with gender identity rather than birth-assigned sex. *Cerebral Cortex,* 30, 2897–2909.

Mak, J. et al (2020). Suicide attempts among a cohort of transgender and gender diverse people. *American Journal of Preventative Medicine,* 59, (4):469-620.

Manning, J., Fink, B. Neave, N. *et al*. (1998). The ratio of 2nd to 4th digit length, a predictor of sperm numbers and concentrations of testosterone, luteinizing hormone and oestrogen. *Human Reproduction, 13*, 3000-04.

Marique, O., Odabi, K., Martinez-Jorge, J., Ciudad, P., *et al*. (2018) Complications and patient-reported outcomes in male-to-female vaginoplasty-where we are today: A systematic review and meta-analysis. *Annals of Plastic Surgery 80(6)*: 684-91.

Miranda, R., Scott, M., Hicks, R., Wilcox, H., Munfakh, J.L.H., & Shaffer, D. (2008). Suicide attempt characteristics, diagnoses, and future attempts: Comparing multiple attempters to single attempters and ideators. *Journal of the American Academy of Child and Adolescent Psychiatry, 47(1)*, 32–40.

Monstrey, S., Selvaggi, G. & Ceulemans, P. (2007). Surgery: male-to-female patients in Ettner, R., Monstrey, S., & Eyler, A. (Eds.) (2007). *Principles of Transgender Medicine and Surgery* (1st ed.). New York: Routledge.

Mora, JJ., Guillamon, A., & Pasaro, E. (2014a). Association study of *ERb*, *AR*, and *CYP19A1* genes and MtF transsexualism. *Journal of Sexual Medicine, 11(12),* 2986–94.

Narayan, S., Danker, S., Esmonde, N., et al. (2021). Guiding the conversation: types of regret after gender-affirming surgery and the associated etiologies. *Annals of Translational Medicine,* 9(6):605.

Nuttbrock, L, Rosenblum, A. & Blumenstein, R. (2002). Transgender identity affirmation and mental health. *International Journal of Transgenderism, 6(4).*

Phelps, V. (1952). Relative index finger as a sex-influenced trait in man. *American Journal of Human Genetics, 4*, 72-89.

Pfäfflin, F., & Junge, A. (1998). Sex reassignment: Thirty years of international follow-up studies after sex reassignment surgery, a comprehensive review, 1961–1991 (Jacobson, R., & Meier, A., Trans.). Retrieved from http://www.symposion.com/ijt/pfaefflin/1000.htm (Original work published 1992).

Rafferty, J., Committee on Psychosocial Aspects of Child and Family Health. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics, 142*(4), e20182162.

Rametti, G., Carillo, B., Gomez-Gil, E., Junque, C. *et al.* (2011) White matter microstructure in female to male transsexuals before cross-sex hormonal treatment: A diffusion tensor imaging study. *Journal of Psychiatric Research, 45(2),* 199–204.

Rametti, G. *et al.* (2011). The microstructure of white matter in male to female transsexuals before cross-sex hormonal treatment: A DTI study, *Journal Psychiatric Research, 45(7),* 949–54.

Rehman, J., Lazar, S., Benet, A., Schaefer, L, & Melman, A. (1999). The reported sex and surgery satisfaction of 20 postoperative male-to female transsexual patients. *Archives of Sexual Behavior, 28(1),* 71–89.

Rodriguez, M. Granada, M. & Gonzalez, V. (2018). Gender incongruence is no longer a mental disorder, *Jorunal of Mental Health and Clinical Psychology*, 2(5):6-8.

Ruble, D., Taylor, L., Cyphers, L., Greulich, F., Lurye, L., Shrout, P. (2007). The role of gender constancy in early gender development. *Child Development 78(4),* 1121-1136.

Salim, A. & Poh, M. (2018). Gender-affirming penile inversion vaginoplasty. Clinics in Plastic Surgery, 45:343-350.

Savic, I. & Arver, S. (2011). Sex dimorphism of the brain in male-to-female transsexuals. *Cerebral Cortex, 23(11),* 2855–62.

Schneider, H., Pickel, J., Stalla, G. (2006). Typical female 2nd-4th finger length (2D:4D) ratios in male-to-female transsexuals-possible implications for prenatal androgen exposure. *Psychoneuroendocrinology, 31(2),* 265–69.

Seelman, K. (2016). Transgender adults' access to college bathrooms and housing and the relationship to suicidality. *Social Work Faculty Publications*, 64.

Sevelius, J. (2013). Gender affirmation: A framework for conceptualizing risk behavior among transgender women of color. *Sex Roles*, 68(11-12): 675-689.

Shaw, P., Kabani, N., Lerch, J. Eckstrand, K. *et al.* (2008). Neurodevelopmental trajectories of the human cerebral cortex. *Journal of Neuroscience, 28(14)*: 3586–94.

Singh, A., Hays, D. & Watson, L.S. (2011). Strengths in the face of adversity: Resilience strategies of transgender individuals. *Journal of Counseling and Development, 89(1)*, 20–27.

Smith, Y., van Goozen, S., Kuiper, A., & Cohen-Kettenis, P. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescents and adult transsexuals. *Psychological Medicine, 35(1)*, 8999.

Steensma, T., Biemond, R., de Boer, F. & Cohen-Kettenis, P. (2011). Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. *Clinical Child Psychology and Psychiatry 16(4*), 499-516.

Steensma, T., McGuire, J., Kreukels, B., Beekman, A. & Cohen-Kettenis, P. (2013). Factors associated with desistance and persistence of childhood gender dysphoria: a quantitative follow-up study. *Journal of American Academy of Child and Adolescent Psychiatry 52(6)*, 582-590.

Steensma, T., van der Ende, J. Verhulst, F. & Cohen-Kettenis, P. (2013). Gender variance in childhood and sexual orientation in adulthood: A prospective study. *Journal of Sexual Medicine 10(11*), 2723-2733.

Taziaux, M., Swaab, D., Bakker, J. (2012). Sex differences in the neurokin B system in the human infundibular nucleus. *Journal of Clinical Endocrinology and Metabolism*, *97(12),* 2010–20.

Turban JL, Beckwith N, Reisner SL, Keuroghlian AS. (2020). Association between recalled exposure to gender identity conversion efforts and psychological distress and suicide attempts among transgender adults. *JAMA Psychiatry,* 7(1):68-76.

Uribe, C., Junque, C. Gomez-Gil, *et al.* (2020).Brain network interactions in transgender individuals with gender incongruence. *Neuroimage*, 1:(211).

Uribe, C., Junque, C., Gómez-Gil, E. *et al.* Brain connectivity dynamics in cisgender and transmen people with gender incongruence before gender affirmative hormone treatment. *Scientific Reports* 11**,** 21036 (2021). https://doi.org/10.1038/s41598-021-00508-y

Verbeek, M., Hommes, M., Stutterheim, S. et al. (2020). Experiences with stigmatization among transgender individuals after transition: A qualitative study in the Netherlands. *International Journal of Transgender Health*, 21:2, 220-223.

Vujovic S, Popovic S, Sbutega-Milosevic G, Djordjevic M, Gooren, L. (2009).Transsexualism in Serbia: a twenty-year follow-up study. *Journal of Sexual Medicine,* 6:1018–1023.

Weinforth, G., Fakin, R., Giovanoli, P. et al. (2019). Quality of life following male-to-female sex reassignment Surgery. *Deutsches Arzteblatt* 116(15): 253–260.

Wiepjes C., Nota N., de Blok C, et al. (2018) The Amsterdam cohort of gender dysphoria study: Trends in prevalence, treatment, and regrets. *Journal of Sexual Medicine 15*:582-90.

Weyers, S. *et al.* (2009). Long-term assessments of the physical, mental and sexual health among transsexual women. *Journal of Sexual Medicine*, 6(3), 752–-60.

Williams Institute. (2018). *Public safety and restroom access for transgender people*. UCLA School of Law.

World Health Organization. (1992). International Classification of Diseases (10th ed.).

World Health Organization. (2019). *International classification of diseases for mortality and morbidity statistics (11th rev.)*.

World Professional Association for Transgender Health, Inc. (2008). WPATH clarification on medical necessity of treatment, sex reassignment, and insurance coverage U.S.A., http://www.wpath.org/documents/Med%20Nec%20on%202008%20Letterhead.pdf

Zeluf, G., Dhejne, C., Orre, C., et al. (2916). Health, disability and quality of life among trans people in Sweden–a web-based survey. *BMC Public Health* 16.

Zhou, J., Hofman, M., Gooren, L. *et al.* (1995). A sex difference in the human brain and its relation to transsexuality. *Nature, 378,* 68–70.

Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E., Segovia, S., Carrillo, B., Rametti, G. & Guillamon, A. (2013). Cortical thickness in untreated transsexuals. *Cerebral Cortex 23*, 2855-62.

Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E., Segovia, S., Carrillo, B., Rametti, G. & Guillamon, A. (2013). Cortical thickness in untreated transsexuals. *Cerebral Cortex 23,* 2855-62.

Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E. & Guillamon, A. (2014). Effects of cross-sex hormone treatment on cortical thickness in transsexual individuals. *Journal of Sexual Medicine, 11(5),* 1248–61.