Emily Croston (ISB No. 12389)
ecroston@acluidaho.org
Paul Southwick (ISB No. 12439)
psouthwick@acluidaho.org
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
(208) 344-9750

Barbara Schwabauer*
bschwabauer@aclu.org
Eleanor Matheson*
ematheson@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street N.W.
Washington, DC 20005

Chase Strangio*
cstrangio@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
111 N 1st Avenue, Suite 2I, PO Box 2975
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Pelecanos*†
pelecanos@lambdalegal.org
A.D. Sean Lewis*
alewis@lambdalegal.org
Charlie Ferguson*†
cferguson@lambdalegal.org
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (855) 535-2236 (F)

**Pro hac vice* admission forthcoming
*Attorneys for Plaintiffs (additional counsel identified on the following page)*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

EMILIE JACKSON-EDNEY, *et al.*,

*Plaintiffs*,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, *et al.*,

*Defendants*.

Case No. 1:26-cv-00261-AKB

**DECLARATION OF DANIEL DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Katherine M. Forster*
katherine.forster@mto.com
Kyle A. Groves*
kyle.groves@mto.com
Jannet Gomez*
jannet.gomez@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
Qian Zhe (Danny) Zhang*
danny.zhang@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

**Pro hac vice* admission forthcoming
*Attorneys for Plaintiffs*

**Declaration of Daniel Doe**

I, Daniel Doe,[1] hereby declare under the penalty of perjury under the laws of the United States of America:

1. I make this declaration based on my personal knowledge, except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.
2. I am 32 years old.
3. I am a transgender man.
4. Though I was assigned female at birth, I have understood myself and lived as a man for over 10 years. My family, friends, employers, and strangers understand me as a man.
5. I currently live in Twin Falls, Idaho. I have lived in Idaho since I was two years old.
6. I have obtained legal name and gender marker changes. All my state identification and federal documents reflect my name and my gender marker of "M."
7. I have taken gender-affirming hormones for 10 years.
8. For years, I have used men's restrooms without issue.
9. My only restroom options are multi-occupancy-gendered facilities when I go grocery shopping at Wal-Mart, Fred Meyer and Costco; go out to eat at local breweries; stop at gas stations and rest stops when I travel for work or fun; go to the movie theater; support my spouse when she's a patient at the local hospital, and when I go to most places in public.
10. I frequently am unable to locate a gender-neutral restroom in my day-to-day life.

---

[1] Plaintiff Daniel Doe has concurrently filed a motion for leave to proceed using a pseudonym.

11. Complying with H.B. 752 would have serious impacts on my life, including my safety and mental health.
12. I live my life as a man. I have a beard and I dress and express myself in a masculine way. I am addressed as "sir" by strangers. I am perceived as male by strangers. When I ask for directions to the restroom in public, strangers always direct me to the men's room.
13. If I were to use the women's restroom, as H.B. 752 requires, I fear that I would face violence or harassment from others. I am concerned that if I were to walk into a space designated for women that would immediately cause attention and disruption. I would be worried that I could be exposed to violence by being perceived as a man in an all-female space or being perceived as a transgender man because of the law's new requirements.
14. Using solely gender-neutral restrooms would make activities harder as I would have to search and walk further distances to find these restrooms. I would have to plan all of my outings to ensure that I could locate a safe restroom for me to use.
15. If no single-user gender-neutral restrooms were available, I would have to either avoid using the restroom altogether or risk violence by being a man entering the women's restroom.
16. Recently, I visited my dad at work. Even though H.B. 752 was not yet in effect, I still avoided using the gendered restroom at his work. I walked about two blocks to another building to use the restroom.
17. I also use a medical device. Sometimes, I need to adjust or reposition my device in a private place. H.B. 752 prohibits me from using the restroom, where I would normally readjust and fix my medical device.

18. I am asking the court to allow me to proceed pseudonymously. I do not want my name to become public with this lawsuit as I fear that revealing my identity will create a risk of harm and retaliation to myself and my family. This is particularly so if I am asked to disclose where I go in public to evaluate the access to restroom facilities.
19. I fear that I could become a target of criminal prosecution and harassment by police. I fear that my family and I will become targets for violence and discrimination.
20. I also do not want my name to become public with this lawsuit in order to protect the private and highly sensitive issue of the medical care I receive and have received in the past. I might be treated unfavorably if my medical history became public.
21. I understand that I am asking the court to appoint me as a class representative in this case. I understand that I am bringing this lawsuit not only to protect my own interests, but also the interests of all the class members. I want to protect access to restrooms for myself and other transgender people like me in Idaho.

I declare under penalty of perjury under the laws of the United States of America that the information provided above is true and correct.

Executed on April 23, 2026 in Twin Falls, Idaho

Daniel Doe
Daniel Doe (Apr 23, 2026 14:46:23 MDT)

Daniel Doe