Emily Croston (ISB No. 12389)
ecroston@acluidaho.org
Paul Southwick (ISB No. 12439)
psouthwick@acluidaho.org
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
(208) 344-9750

Barbara Schwabauer*
bschwabauer@aclu.org
Eleanor Matheson*
ematheson@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street N.W.
Washington, DC 20005

Chase Strangio*
cstrangio@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
111 N 1st Avenue, Suite 2I, PO Box 2975
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Pelecanos*†
pelecanos@lambdalegal.org
A.D. Sean Lewis*
alewis@lambdalegal.org
Charlie Ferguson*†
cferguson@lambdalegal.org
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (855) 535-2236 (F)

**Pro hac vice* admission forthcoming
*Attorneys for Plaintiffs (additional counsel identified on the following page)*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

EMILIE JACKSON-EDNEY, *et al.*,

*Plaintiffs*,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, *et al.*,

*Defendants*.

Case No. 1:26-cv-00261-AKB

**DECLARATION OF DIEGO FABLE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Katherine M. Forster*
katherine.forster@mto.com
Kyle A. Groves*
kyle.groves@mto.com
Jannet Gomez*
jannet.gomez@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
Qian Zhe (Danny) Zhang*
danny.zhang@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

**Pro hac vice* admission forthcoming
*Attorneys for Plaintiffs*

**Declaration of Diego Fable**

I, Diego Fable, hereby declare under the penalty of perjury under the laws of the United States of America:

1. I make this declaration based on my personal knowledge, except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.
2. I am 37 years old.
3. I am a man.
4. I was assigned female at birth, but I am a transgender man.
5. I currently live in Ada County, Idaho along with my spouse. I have lived in Idaho for the last 10 years.
6. I work for Idaho Housing and Finance Association, Inc. in the IT Department.
7. I have obtained a legal name change on all of my identity documents to reflect my name, Diego Fable. I have obtained gender marker changes on my Colorado birth certificate and United States Passport, which reflect my gender marker of “M”.
8. I have been on hormone therapy for 7 years and have received gender affirming surgeries.
9. I have used men’s bathrooms which align with my gender identity for the last four years without issue. Early in my transition some people would ask me casually whether I was in the correct bathroom, but that has not happened since I grew a beard.
10. My only bathroom options are multi-occupancy-gendered facilities when I go grocery shopping at WinCo, some local restaurants, bars, conference centers, gas stations, and my job.

11. My only bathroom options are single-occupancy-gendered facilities when I go to some local restaurants, clothing stores, game stores, and gas stations.

12. I frequently am unable to locate a gender-neutral bathroom in my day-to-day life.

13. Complying with H.B. 752 would have serious impacts on my life, including my safety and mental health.

14. I live my life as a man. I dress and express myself in a masculine way. I am addressed as "sir" by strangers. I am perceived as male by strangers. When I ask for directions to the restroom in public, strangers always direct me to the men's room.

15. If I were to use the women's restroom, as H.B. 752 requires, I fear that I would face violence or harassment from others. I am concerned that if I were to enter the women's restroom that my presence as a masculine presenting person with facial hair would immediately cause attention and disruption. If I were to use a women's restroom, as H.B. 752 requires, I fear that I would face violence by being perceived as a man in an all-female space or being perceived as a transgender man because of the law's new requirements.

16. Using solely gender-neutral bathrooms would make activities harder. I do not always have access to or know where gender-neutral bathrooms are. I would have to search and walk further distances to find these bathrooms. I would have to plan all of my outings to ensure that I could locate a safe restroom for me to use.

17. If no single-user gender-neutral bathrooms were available, I would have to avoid using the restroom altogether.

18. This law would cause me anxiety as I would have to plan ahead of time how to use the bathroom safely and in compliance with this law.

19. In contemplating the impact of this law, I have considered spending less time in public, drinking less water, or foregoing using the restroom in public altogether. I am concerned that the latter would have negative impacts on my bladder and overall health.
20. As a direct result of these potential harms, I am planning to move out of state prior to the effective date of this law, July 1, 2026.
21. I have lived in Idaho for 10 years. I love the communities I am a part of here in Boise. I love visiting the World Center for Birds of Prey and the local Zoo. Leaving my communities and the things I love about Boise behind will be deeply upsetting.
22. However, I am moving out of state because I do not feel I can live in Idaho safely when this law goes into effect.
23. I may want to return to Idaho if this law were not to go into effect, though moving is expensive.
24. My employer will allow me to work as a contractor out of state. The reclassification to a contractor will negatively impact my health insurance, retirement, life insurance, and other employee benefits.
25. My employer has conferences and events in Idaho for which they may want me to return to the state. I may have to decline as a result of this law.
26. I understand that I am asking the court to appoint me as a class representative in this case. I understand that I am bringing this lawsuit not only to protect my own interests, but also the interests of all the class members. I want to protect access to bathrooms for myself and other transgender people like me in Idaho.

I declare under penalty of perjury under the laws of the United States of America that the information provided above is true and correct.

Executed on April 22, 2026 in Ada County, Idaho

Diego Fable