Emily Croston (ISB No. 12389)
ecroston@acluidaho.org
Paul Southwick (ISB No. 12439)
psouthwick@acluidaho.org
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
(208) 344-9750

Barbara Schwabauer*
bschwabauer@aclu.org
Eleanor Matheson*
ematheson@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street N.W.
Washington, DC 20005

Chase Strangio*
cstrangio@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
111 N 1st Avenue, Suite 2I, PO Box 2975
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Pelecanos*†
pelecanos@lambdalegal.org
A.D. Sean Lewis*
alewis@lambdalegal.org
Charlie Ferguson*†
cferguson@lambdalegal.org
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (855) 535-2236 (F)

**Pro hac vice* admission forthcoming
*Attorneys for Plaintiffs (additional counsel identified on the following page)*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| EMILIE JACKSON-EDNEY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-00261-AKB<br><br>**DECLARATION OF AMELIA MILETTE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Katherine M. Forster*
katherine.forster@mto.com
Kyle A. Groves*
kyle.groves@mto.com
Jannet Gomez*
jannet.gomez@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
Qian Zhe (Danny) Zhang*
danny.zhang@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

**Pro hac vice* admission forthcoming
*Attorneys for Plaintiffs*

**Declaration of Amelia Milette**

I, Amelia Milette, hereby declare under the penalty of perjury under the laws of the United States of America:

1. I make this declaration based on my personal knowledge, except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.
2. I am 50 years old.
3. I am a woman.
4. I was assigned male at birth, but I am a transgender woman.
5. I live in Ada County, Idaho. I have lived in Idaho my whole life.
6. I am a consultant for a small company that supports over one hundred other organizations.
7. I have obtained legal name and gender marker changes for my driver's license, birth certificate, and social security card which reflect my name, Amelia Milette, and my gender marker of "F".
8. I have been on hormone therapy for 6 years and have obtained gender affirming surgeries.
9. I use women's restrooms which align with my gender identity for six years and have never had any issues doing so, though I am concerned that will change as a result of this law.
10. My only restroom options are multi-occupancy-gendered facilities when I go to most local grocery stores, retail stores, restaurants, bars, and movie theaters.

11. My only restroom options are single-occupancy-gendered facilities when I go to some local restaurants.

12. I frequently am unable to locate a gender-neutral restroom in my day-to-day life.

13. Complying with H.B. 752 would have serious impacts on my life, including my safety and mental health.

14. I live my life as a woman. I dress and express myself in feminine ways. I am addressed as "ma'am" and "she" by strangers. I am perceived as female by strangers. When I ask for directions to the restroom in public, strangers always direct me to the women's room.

15. If I were forced to use the men's restroom as a result of H.B. 752, I fear I would face violence or harassment. I am concerned that if I were to walk into a space designated for men that would immediately cause attention and disruption. I would be worried that I could be exposed to violence by being perceived as a woman in an all-male space or being perceived as a transgender woman because of the law's new requirements.

16. I am concerned that to use men's restrooms safely, as this law contemplates, I would have to detransition and present as a man. That possibility is intolerable to me.

17. Going forward, for every single public activity, I will have to evaluate my risk factors. Every time I leave my house, even just to run in public parks, I would have to figure out what I would do if I had to use the restroom.

18. If this law were to go into effect, I would limit my food and liquid consumption to reduce my need to use restrooms at both social and work activities. I would limit visiting places that lack appropriate restrooms and would try not go to places if I didn't know what facilities were available.

19. In my role, where I have worked for almost nine years, I work on site at clients' offices. These offices vary in what restrooms are available, but the majority are multi-occupancy gendered restrooms.

20. While some of my long-term clients know I am transgender because I transitioned during my time working with them, other clients do not.

21. As a result of this law, I am concerned about my ability to navigate restrooms in the various offices I may work in while maintaining my privacy and dignity at my workplace.

22. At work, I sometimes have to go to a client site with little notice. I don't know how I will avoid using the restrooms in all work settings.

23. I understand that I am asking the court to appoint me as a class representative in this case. I understand that I am bringing this lawsuit not only to protect my own interests, but also the interests of all the class members. I want to protect access to restrooms for myself and other transgender people like me in Idaho.

I declare under penalty of perjury under the laws of the United States of America that the information provided above is true and correct.

Executed on April 22, 2026 in Ada County, Idaho

______________________________

Amelia Milette