Emily Croston (ISB No. 12389)
ecroston@acluidaho.org
Paul Southwick (ISB No. 12439)
psouthwick@acluidaho.org
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
(208) 344-9750

Barbara Schwabauer*
bschwabauer@aclu.org
Eleanor Matheson*
ematheson@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street N.W.
Washington, DC 20005

Chase Strangio*
cstrangio@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
111 N 1st Avenue, Suite 2I, PO Box 2975
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Pelecanos*†
pelecanos@lambdalegal.org
A.D. Sean Lewis*
alewis@lambdalegal.org
Charlie Ferguson*†
cferguson@lambdalegal.org
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (855) 535-2236 (F)

**Pro hac vice* admission forthcoming
*Attorneys for Plaintiffs (additional counsel identified on the following page)*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

EMILIE JACKSON-EDNEY, *et al.*,

*Plaintiffs*,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, *et al.*,

*Defendants*.

Case No. 1:26-cv-00261-AKB

**DECLARATION OF PETER POE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Katherine M. Forster*
katherine.forster@mto.com
Kyle A. Groves*
kyle.groves@mto.com
Jannet Gomez*
jannet.gomez@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
Qian Zhe (Danny) Zhang*
danny.zhang@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

**Pro hac vice* admission forthcoming
*Attorneys for Plaintiffs*

**Declaration of Peter Poe**

I, Peter Poe[1], hereby declare under the penalty of perjury under the laws of the United States of America:

1. I make this declaration based on my personal knowledge, except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.
2. I am 33 years old.
3. I am a transgender man.
4. Though I was assigned female at birth, I have understood myself and lived as a man for 13 years. My family, friends, colleagues, and strangers understand me as a man.
5. I currently live in Bannock County. I have lived Idaho since I was 6 years old.
6. I have obtained legal name and gender marker changes. All my state identification documents reflect my name and my gender marker of "M".
7. I have taken gender-affirming hormones for over 11 years and have received gender-affirming surgery.
8. For over a decade, I have used men's restrooms without issue.
9. My only restroom options are multi-occupancy-gendered facilities when I go grocery shopping at Wal-Mart, to gas stations, the gym, or concerts.
10. My only restroom options are single-occupancy-gendered facilities when I go to the main office at my job, which I enter daily.
11. I frequently am unable to locate a gender-neutral restroom in my day-to-day life.

[1] Plaintiff Peter Poe has concurrently filed a motion for leave to proceed using a pseudonym.

12. Complying with H.B. 752 would have serious impacts on my life, including my safety and mental health.

13. I live my life as a man. I dress and express myself in a masculine way. I am addressed as "sir" and "he" by strangers. I am perceived as male by strangers. When I ask for directions to the restroom in public, strangers direct me to the men's room.

14. If I were to use the women's restroom, as H.B. 752 requires, I fear that I would face violence or harassment from others. I am concerned that women would be uncomfortable with me in the women's restroom, given my masculine presentation and beard. I am anxious that women will be concerned that I, a man, am in the wrong restroom and am trying to harm them. If I were to use the women's restroom, as H.B. 752 requires, I fear that I will face violence by being perceived as a man in an all-female space or being perceived as a transgender man because of the law's new requirements.

15. Using solely gender-neutral restrooms would make activities harder as I would have to search and walk further distances to find these restrooms. I would have to plan all of my outings to ensure that I could locate a safe restroom for me to use.

16. If no single-user gender-neutral restrooms were available, I would try to avoid using the restroom altogether.

17. I am asking the court to allow me to proceed pseudonymously. I do not want my name to become public with this lawsuit as I fear that revealing my identity will create a risk of harm and retaliation to myself and my family. This is particularly so if I am asked to disclose where I go in public to evaluate my access to restroom facilities.

18. I fear that I could become a target of criminal prosecution and harassment by police. I fear that my family and I will become targets for violence and discrimination.

19. I also do not want my name to become public with this lawsuit in order to protect the private and highly sensitive issue of my gender identity and the medical care I receive and have received in the past. In my community and in Idaho generally, people judge and discriminate against individuals for being transgender. I might be shunned or treated unfavorably if my transgender status and medical history became public.

20. I understand that I am asking the court to appoint me as a class representative in this case. I understand that I am bringing this lawsuit not only to protect my own interests, but also the interests of all the class members. I want to protect access to restrooms for myself and other transgender people like me in Idaho.

I declare under penalty of perjury under the laws of the United States of America that the information provided above is true and correct.

Executed on April 23, 2026 in Bannock County, Idaho

Peter Poe
Peter Poe (Apr 23, 2026 09:43:26 MDT)

Peter Poe