Emily Croston (ISB No. 12389)
ecroston@acluidaho.org
Paul Southwick (ISB No. 12439)
psouthwick@acluidaho.org
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
(208) 344-9750

Barbara Schwabauer*
bschwabauer@aclu.org
Eleanor Matheson*
ematheson@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street N.W.
Washington, DC 20005

Chase Strangio*
cstrangio@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
111 N 1st Avenue, Suite 2I, PO Box 2975
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Pelecanos*†
pelecanos@lambdalegal.org
A.D. Sean Lewis*
alewis@lambdalegal.org
Charlie Ferguson*†
cferguson@lambdalegal.org
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (855) 535-2236 (F)

**Pro hac vice* admission forthcoming
*Attorneys for Plaintiffs (additional counsel identified on the following page)*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

EMILIE JACKSON-EDNEY, *et al.*,

*Plaintiffs*,

v.

RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, *et al.*,

*Defendants*.

Case No. 1:26-cv-00261-AKB

**DECLARATION OF ZOEY WAGNER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Katherine M. Forster*
katherine.forster@mto.com
Kyle A. Groves*
kyle.groves@mto.com
Jannet Gomez*
jannet.gomez@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
Qian Zhe (Danny) Zhang*
danny.zhang@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

**Pro hac vice* admission forthcoming
*Attorneys for Plaintiffs*

**Declaration of Zoey Wagner**

I, Zoey Wagner, hereby declare under the penalty of perjury under the laws of the United States of America:

1. I make this declaration based on my personal knowledge, except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.
2. I am 30 years old.
3. I am a woman.
4. I was assigned male at birth, but I am a transgender woman.
5. I currently live in Ada County, Idaho with my family. I have lived in Idaho since I was 2 years-old—nearly my whole life.
6. I have obtained legal name and gender marker changes for my birth certificate, passport, and driver's license which reflect my name, Zoey Wagner, and my gender marker of "F". I have obtained a legal name change on my social security card.
7. I have been on hormone therapy for a little over a year and am currently working to obtain gender-affirming surgery.
8. I have used women's restrooms without issue or incident since I came out as transgender in 2024.
9. My only restroom options are multi-occupancy-gendered facilities when I go to some local grocery stores, restaurants, Maverick's gas stations, the Village Mall, and my local coffee shop.
10. My only restroom options are single-occupancy-gendered facilities when I go to some local restaurants, game stores, and my workplace.

11. I frequently am unable to locate a gender-neutral restroom in my day-to-day life.
12. Complying with H.B. 752 would have serious impacts on my life, including my safety and mental health.
13. I dress and express myself in feminine ways. I am addressed as "ma'am" by strangers. I am perceived as female by strangers.
14. If I were forced to use the men's restroom as a result of H.B. 752, I fear I would face violence or harassment. I am concerned that if I were to walk into a space designated for men that would immediately cause attention and disruption. I would be worried that I could be exposed to violence by being perceived as a woman in an all-male space or being perceived as a transgender woman because of the law's new requirements.
15. Using solely gender-neutral restrooms would make activities harder as I would have to search and walk further distances to find these restrooms. I would have to plan all of my outings to ensure that I could locate a safe restroom for me to use.
16. I use spironolactone which makes me need to drink more water and to urinate more frequently. If H.B. 752 goes into effect, I will try to avoid using public bathrooms by using my restroom before I leave the house and staying out in public for shorter durations.
17. I was searching for a job earlier this year and sought out employers outside the state or who have single-occupancy gender-neutral restrooms in the workplace. I avoided job opportunities because they did not have single-occupancy restrooms.
18. I understand that I am asking the court to appoint me as a class representative in this case. I understand that I am bringing this lawsuit not only to protect my own interests, but also

the interests of all the class members. I want to protect access to bathrooms for myself and other transgender people like me in Idaho.

I declare under penalty of perjury under the laws of the United States of America that the information provided above is true and correct.

Executed on April 22, 2026 in Ada County, Idaho

Zoey Wagner

Zoey Wagner