Emily Croston (ISB No. 12389)
ecroston@acluidaho.org
Paul Southwick (ISB No. 12439)
psouthwick@acluidaho.org
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
(208) 344-9750

Barbara Schwabauer*
bschwabauer@aclu.org
Eleanor Matheson*
ematheson@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street N.W.
Washington, DC 20005

Chase Strangio*
cstrangio@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
111 N 1st Avenue, Suite 2I, PO Box 2975
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Pelecanos*†
pelecanos@lambdalegal.org
A.D. Sean Lewis*
alewis@lambdalegal.org
Charlie Ferguson*†
cferguson@lambdalegal.org
LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (855) 535-2236 (F)

**Pro hac vice* admission forthcoming
*Attorneys for Plaintiffs (additional counsel identified on the following page)*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| EMILIE JACKSON-EDNEY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-00261-AKB<br><br>**PLAINTIFFS DANIEL DOE AND PETER POE'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM** |

Katherine M. Forster*
katherine.forster@mto.com
Kyle A. Groves*
kyle.groves@mto.com
Jannet Gomez*
jannet.gomez@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
Qian Zhe (Danny) Zhang*
danny.zhang@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

**Pro hac vice* admission forthcoming
*Attorneys for Plaintiffs*

Plaintiffs Daniel Doe and Peter Poe move this Court, pursuant to Federal Rule of Civil Procedure 10(a), for an order permitting them to proceed under pseudonym. The purpose of this motion is to preserve their anonymity so as to protect themselves and their families from violence, harassment, retaliation, and social stigma.

This motion is based on the accompanying memorandum and Plaintiffs' declarations filed in support of their Motion for Preliminary Injunction and Provisional Class Certification. *See* Dkt. 3-5 (Doe Decl.), 3-8 (Poe Decl.).

DATED: April 29, 2026

Respectfully Submitted

By: */s/ Samuel L. Linnet*

Samuel L. Linnet
ALTURAS LAW GROUP, PLLC

J. Max Rosen
Katherine M. Forster
Kyle A. Groves
Qian Zhe (Danny) Zhang
Jannet Gomez
MUNGER TOLLES & OLSON LLP

Emily Croston
Paul Southwick
ACLU OF IDAHO FOUNDATION

Barbara Schwabauer
Eleanor Matheson
Chase Strangio
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Peter C. Renn
Kell L. Olson
Tara L. Borelli
Pelecanos
A.D. Sean Lewis
Charlie Ferguson
LAMBDA LEGAL DEFENSE & EDUCATION FUND