# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

U.S. District Judge: Amanda K. Brailsford  
Deputy Clerk:   Sabrina Stokes  
Court Reporter:   Tiffany Fisher

Date:   June 5, 2026  
Time: 9:02   -   10:08 am

Total Time: 1 hr.   6 mins.

### Case No.: 1:26-cv-00261-AKB
### EMILIE JACKSON-EDNEY, et al v RAUL LABRADOR, et al

 Counsel for Plaintiffs: Kell Olson, Emily Croston, Barbara Schwabauer, Kyle Groves  
           Defendants: Michael Zarian and David Myers

Court made opening remarks and comments. The Motion for Preliminary Injunction [3] will be the issue to be addressed today.  
Kell Olson argues motion.  
Michael Zarian responds.  
Olson rebuttal argument  
Court - motion taken under advisement