RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

DAVID J. MYERS, ISB #6528
Deputy Attorney General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
david.myers@ag.idaho.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EMILIE JACKSON-EDNEY, *et al*., | Case No. 1:26-cv-00261 |
| *Plaintiffs*, | **DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL** |
| v. | |
| RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, *et al*., | |
| *Defendants*. | |

Defendants Raúl Labrador and the 44 County Prosecutors hereby move the Court to stay further proceedings in this Court pending the resolution of Defendants' respective forthcoming appeals from the preliminary injunction previously entered by the Court on June 16, 2026. Dkt.

58; *see also* Fed. R. Civ. P. 62(d). This motion is supported by the contemporaneously filed memorandum.

DATED: June 29, 2026

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL


/s/*David J. Myers*
DAVID J. MYERS
Deputy Attorney General

*Attorney for Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on June 29, 2026 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| ACLU OF IDAHO FOUNDATION<br>P.O. Box 1897<br>Boise, ID 83701<br>(208) 344-9750<br><br>Emily Croston<br>ecroston@acluidaho.org<br><br>Paul Southwick<br>psouthwick@acluidaho.org<br><br>*Attorneys for Plaintiffs* | ALTURAS LAW GROUP, PLLC<br>111 N 1st Avenue, Suite 2I, PO Box 2975<br>Hailey, ID 83333<br>(208) 788-6688<br><br>Samuel L. Linnet<br>sam@alturaslawgroup.com<br><br>*Attorney for Plaintiffs* |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>915 15th Street N.W.<br>Washington, DC 20005<br><br>Barbara Schwabauer<br>bschwabauer@aclu.org<br><br>Eleanor Matheson<br>ematheson@aclu.org<br><br>*Attorneys for Plaintiffs* | LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>800 South Figueroa St., Suite 1260<br>Los Angeles, CA 90017<br><br>Peter C. Renn<br>prenn@lambdalegal.org<br><br>Kell L. Olson<br>kolson@lambdalegal.org<br><br>Tara L. Borelli<br>tborelli@lambdalegal.org<br><br>Pelecanos<br>pelecanos@lambdalegal.org<br><br>A.D. Sean Lewis<br>alewis@lambdalegal.org<br><br>Charlie Ferguson<br>cferguson@lambdalegal.org<br><br>*Attorneys for Plaintiffs* |

<table>
<tr>
<td>

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

Chase Strangio
cstrangio@aclu.org

*Attorney for Plaintiffs*

MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426

Katherine M. Forster
katherine.forster@mto.com

Kyle A. Groves
kyle.groves@mto.com

Jannet Gomez
jannet.gomez@mto.com

*Attorneys for Plaintiffs*

</td>
<td>

MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907

J. Max Rosen
max.rosen@mto.com

Qian Zhe (Danny) Zhang
danny.zhang@mto.com

*Attorneys for Plaintiffs*

</td>
</tr>
</table>

/s/*David J. Myers*
DAVID J. MYERS

DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL—4