RAÚL R. LABRADOR
ATTORNEY GENERAL

MICHAEL A. ZARIAN, ISB #12418
Solicitor General

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

DAVID J. MYERS, ISB #6528
Deputy Attorney General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
michael.zarian@ag.idaho.gov
james.craig@ag.idaho.gov
david.myers@ag.idaho.gov

*Attorneys for Defendants Labrador and
the 44 County Prosecutors*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EMILIE JACKSON-EDNEY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho, *et al.*, <br><br> *Defendants*. | Case No. 1:26-cv-00261-AKB <br><br> **NOTICE OF APPEAL** <br><br> **PRELIMINARY INJUNCTION APPEAL** |

Defendants hereby appeal the district court's June 16, 2026, Memorandum Decision and Order [Dkt. 58], which granted (i) Plaintiffs' motion for preliminary injunction and provisional class certification, and (ii) Plaintiffs' motion for class certification.

### FORM 1 INFORMATION

- Date case was first filed in U.S. District Court: April 29, 2026.

- Date of judgment or order being appealed: June 16, 2026.

- Docket entry number of judgment or order appealed from: 58 (Memorandum Decision and Order).

- Docketing fee of $605 paid to the U.S. District Court for the District of Idaho.

- Appellants: RAÚL LABRADOR, in his official capacity as Attorney General of the State of Idaho; JAN M. BENNETTS, in her official capacity as Prosecuting Attorney of Ada County; PETER DONOVAN in his official capacity as Prosecuting Attorney of Adams County; IAN JOHNSON in his official capacity as Prosecuting Attorney of Bannock County; RONNIE KELLER in his official capacity as Prosecuting Attorney of Bear Lake County; MARIAH DUNHAM in her official capacity as Prosecuting Attorney of Benewah County; RYAN JOLLEY in his official capacity as Prosecuting Attorney of Bingham County; MATT FREDBACK, in his official capacity as Prosecuting Attorney of Blaine County; ALEX SOSA in his official capacity as Prosecuting Attorney of Boise County; LOUIS MARSHALL in his official capacity as Prosecuting Attorney of Bonner County; RANDY NEAL in his official capacity as Prosecuting Attorney of Bonneville County; ANDRAKAY J. PLUID in his official capacity as Prosecuting Attorney of Boundary County; STEVE STEPHENS in his official capacity as Prosecuting Attorney of Butte County; JIM THOMAS in his official capacity as Prosecuting Attorney of Camas County; CHRIS BOYD, in his official capacity as Prosecuting Attorney of Canyon County; S. DOUG WOOD in his official capacity as Prosecuting Attorney

of Caribou County; MCCORD LARSEN, in his official capacity as Prosecuting Attorney of Cassia County; JANNA BIRCH, in her official capacity as Prosecuting Attorney of Clark County; E. CLAYNE TYLER in his official capacity as Prosecuting Attorney of Clearwater County; PAUL ROGERS in his official capacity as Prosecuting Attorney of Custer County; SHONDI LOTT, in her official capacity as Prosecuting Attorney of Elmore County VIC PEARSON in his official capacity as Prosecuting Attorney of Franklin County; LINDSEY BLAKE in her official capacity as Prosecuting Attorney of Fremont County; ERICK B. THOMSON in his official capacity as Prosecuting Attorney of Gem County; TREVOR MISSELDINE in his official capacity as Prosecuting Attorney of Gooding and Lincoln Counties; KIRK A. MACGREGOR in his official capacity as Prosecuting Attorney of Idaho County; PAUL BUTIKOFER in his official capacity as Prosecuting Attorney of Jefferson County; SAM BEUS, in his official capacity as Prosecuting Attorney of Jerome County; STANLEY MORTENSEN, in his official capacity as Prosecuting Attorney of Kootenai County; BILL THOMPSON in his official capacity as Prosecuting Attorney of Latah County; CHACE SLAVIN, in his official capacity as Prosecuting Attorney of Lemhi County; ZACHARY PALL in his official capacity as Prosecuting Attorney of Lewis County; ROB WOOD in his official capacity as Prosecuting Attorney of Madison County; LANCE STEVENSON in his official capacity as Prosecuting Attorney of Minidoka County; JUSTIN COLEMAN, in his official capacity as Prosecuting Attorney of Nez Perce County; ETHAN RAWLINGS, in his official capacity as the Prosecuting Attorney of Oneida County; CHRISTOPHER TOPMILLER in his official capacity as the Prosecuting Attorney of Owyhee County; MIKE DUKE, in his official capacity as Prosecuting Attorney of Payette County; BROCK BISCHOFF in his official capacity as Prosecuting Attorney of Power County; BEN ALLEN, in his official capacity as Prosecuting Attorney of Shoshone County; BAILEY A. SMITH in her official capacity as Prosecuting

Attorney of Teton County; GRANT P. LOEBS, in his official capacity as Prosecuting Attorney of Twin Falls County; BRIAN OAKEY in his official capacity as Prosecuting Attorney of Valley County; and TRUE PEARCE in her official capacity as Prosecuting Attorney of Washington County.

- This is not a cross-appeal.

- A representation statement follows on the next page.


DATED: July 16, 2026

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL


/s/ *Michael A. Zarian*
MICHAEL A. ZARIAN
Solicitor General

*Attorney for Defendants Labrador and*
*44 County Prosecutors*

### REPRESENTATION STATEMENT

I.    **Counsel for Appellants**

David J Myers
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
208-334-2400
david.myers@ag.idaho.gov

James E. M. Craig
Office of the Idaho Attorney General
P.O. Box 83720
Boise, ID 83720-0010
208-854-8088
james.craig@ag.idaho.gov

Michael Zarian
Idaho Office of the Attorney General
PO Box 83720
Boise, ID 83720
208-947-8779
michael.zarian@ag.idaho.gov

II.    **Counsel for Appellees**

Charles Ferguson
Lambda Legal Defense and Education Fund
120 Wall Street
19th Floor
New York, NY 10005
323-507-3740
cferguson@lambdalegal.org

Emily Myrei Croston
ACLU of Idaho
Legal Department
P.O. Box 1897
Boise, ID 83701
804-205-8305
ecroston@acluidaho.org

Paul Carlos Southwick
ACLU of Idaho Foundation
P.O. Box 1897
Boise, ID 83701
208-344-9750
psouthwick@acluidaho.org

Samuel L Linnet
Alturas Law Group, PLLC
111 N 1st Ave PO Box 2975
Suite 2i
83333
Hailey, ID 83333
208-788-6688
sam@alturaslawgroup.com

A.D. Sean Lewis
Lambda Legal
800 S Figueroa St Ste 1260
95128
Los Angeles, CA 90017
312-810-4880
alewis@lambdalegal.org

Barbara Schwabauer
American Civil Liberties Union Foundation
915 15th St NW
Washington, DC 20005
212-549-2515
bschwabauer@aclu.org

Chase Strangio
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212-284-7320
cstrangio@aclu.org

Eleanor Matheson
American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005-2313
202-457-0800
ematheson@aclu.org

Jacob Max Rosen
Munger, Tolles & Olson LLP
560 Mission Street
Ste 27th Floor
San Francisco, CA 94105
415-512-4094
Fax: 415-512-6994
max.rosen@mto.com


Katherine M. Forster
Munger, Tolles & Olson LLP
350 South Grand Avenue., 50th Floor
50th Floor
Los Angeles, CA 90071
213-683-9538
Fax: 213-593-2838
katherine.forster@mto.com

Kell L Olson
Lambda Legal Defense and Education Fund, Inc.
3849 E Broadway Blvd #136
Tucson, AZ 85716
520-250-4596
kolson@lambdalegal.org

Kyle Anthony Groves
Munger, Tolles & Olson LLP
350 South Grand Avenue
Ste 50th Floor
Los Angeles, CA 90071
213-683-9123
kyle.groves@mto.com

Peter C Renn
Lambda Legal Defense & Education Fund, Inc.
800 South Figueroa Street
Suite 1260
Los Angeles, CA 90017
213-382-7600
Fax: 213-402-2537
prenn@lambdalegal.org

Qian Zhe Zhang
Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
415-512-4000
danny.zhang@mto.com

Sophia Pelecanos
Lambda Legal
800 South Figueroa Street
Suite 1260
Los Angeles, CA 90017
213-351-6051
pelecanos@lambdalegal.org

Tara L. Borelli
Lambda Legal
1 West Court Square
Ste. 105
Decatur, GA 30030
470-225-5341
Fax: 404-506-9320
tborelli@lambdalegal.org

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| ACLU OF IDAHO FOUNDATION<br>P.O. Box 1897<br>Boise, ID 83701<br>(208) 344-9750<br><br>Emily Croston<br>ecroston@acluidaho.org<br><br>Paul Southwick<br>psouthwick@acluidaho.org<br><br>*Attorneys for Plaintiffs* | ALTURAS LAW GROUP, PLLC<br>111 N 1st Avenue, Suite 2I, PO Box 2975<br>Hailey, ID 83333<br>(208) 788-6688<br><br>Samuel L. Linnet<br>sam@alturaslawgroup.com<br><br>*Attorney for Plaintiffs* |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>915 15th Street N.W.<br>Washington, DC 20005<br><br>Barbara Schwabauer<br>bschwabauer@aclu.org<br><br>Eleanor Matheson<br>ematheson@aclu.org<br><br>*Attorneys for Plaintiffs* | LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.<br>800 South Figueroa St., Suite 1260<br>Los Angeles, CA 90017<br><br>Peter C. Renn<br>prenn@lambdalegal.org<br>Kell L. Olson<br>kolson@lambdalegal.org<br>Tara L. Borelli<br>tborelli@lambdalegal.org<br>Pelecanos<br>pelecanos@lambdalegal.org<br>A.D. Sean Lewis<br>alewis@lambdalegal.org<br>Charlie Ferguson<br>cferguson@lambdalegal.org<br><br>*Attorneys for Plaintiffs* |

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br><br>Chase Strangio<br>cstrangio@aclu.org<br><br>*Attorney for Plaintiffs*<br><br>MUNGER TOLLES & OLSON LLP<br>350 South Grand Ave., 50th Fl.<br>Los Angeles, CA 90071-3426<br><br>Katherine M. Forster<br>katherine.forster@mto.com<br>Kyle A. Groves<br>kyle.groves@mto.com<br><br>*Attorneys for Plaintiffs* | MUNGER TOLLES & OLSON LLP<br>560 Mission Street, 27th Fl.<br>San Francisco, CA 94105-2907<br><br>J. Max Rosen<br>max.rosen@mto.com<br>Qian Zhe (Danny) Zhang<br>danny.zhang@mto.com<br><br>*Attorneys for Plaintiffs* |

/s/ *Michael A. Zarian*
MICHAEL A. ZARIAN