

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# FILED

JUL 17 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:             26-4551
Originating Case Number:   1:26-cv-00261-AKB

Short Title:               Jackson-Edney, et al. v. Labrador, et al.

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case.  If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:          26-4551
Originating Case Number:  1:26-cv-00261-AKB

Case Title:             Jackson-Edney, et al. v. Labrador, et al.

**7/22/2026**

| | |
|---|---|
| Shondi Lott | Mediation Questionnaire due |
| Clayne Tyler | Mediation Questionnaire due |
| Paul Butikofer | Mediation Questionnaire due |
| Bailey A Smith | Mediation Questionnaire due |
| Jan M Bennetts | Mediation Questionnaire due |
| Ryan Jolley | Mediation Questionnaire due |
| Andrakay J. Pluid | Mediation Questionnaire due |
| Louis Marshall | Mediation Questionnaire due |
| Chace Slavin | Mediation Questionnaire due |
| Brock Bischoff | Mediation Questionnaire due |
| Bill Thompson | Mediation Questionnaire due |
| Ethan Rawlings | Mediation Questionnaire due |
| Steve Stephens | Mediation Questionnaire due |
| Paul Rogers | Mediation Questionnaire due |
| Ian Johnson | Mediation Questionnaire due |
| Stanley Mortensen | Mediation Questionnaire due |
| Chris Boyd | Mediation Questionnaire due |
| Peter Donovan | Mediation Questionnaire due |
| Justin Coleman | Mediation Questionnaire due |

| | |
|---|---|
| Brian Oakey | Mediation Questionnaire due |
| Lindsey Blake | Mediation Questionnaire due |
| Trevor Misseldine | Mediation Questionnaire due |
| Jim Thomas | Mediation Questionnaire due |
| S. Doug Wood | Mediation Questionnaire due |
| Mariah Dunham | Mediation Questionnaire due |
| Janna Birch | Mediation Questionnaire due |
| Mike Duke | Mediation Questionnaire due |
| Erick B. Thomson | Mediation Questionnaire due |
| True Pearce | Mediation Questionnaire due |
| Zachary Pall | Mediation Questionnaire due |
| Ben Allen | Mediation Questionnaire due |
| Sam Beus | Mediation Questionnaire due |
| Kirk A. Macgregor | Mediation Questionnaire due |
| McCord Larsen | Mediation Questionnaire due |
| Ronnie Keller | Mediation Questionnaire due |
| Vic Pearson | Mediation Questionnaire due |
| Lance Stevenson | Mediation Questionnaire due |
| Matt Fredback | Mediation Questionnaire due |
| Raul Labrador | Mediation Questionnaire due |
| Randy Neal | Mediation Questionnaire due |
| Rob Wood | Mediation Questionnaire due |
| Christopher Topmiller | Mediation Questionnaire due |
| Alex Sosa | Mediation Questionnaire due |
| Grant P. Loebs | Mediation Questionnaire due |

**8/14/2026**

| | |
|---|---|
| S. Doug Wood | Preliminary Injunction Opening Brief Due |
| Justin Coleman | Preliminary Injunction Opening Brief Due |
| Randy Neal | Preliminary Injunction Opening Brief Due |
| Mariah Dunham | Preliminary Injunction Opening Brief Due |
| Ethan Rawlings | Preliminary Injunction Opening Brief Due |
| Rob Wood | Preliminary Injunction Opening Brief Due |
| Bill Thompson | Preliminary Injunction Opening Brief Due |
| Matt Fredback | Preliminary Injunction Opening Brief Due |
| Vic Pearson | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| Paul Rogers | Preliminary Injunction Opening Brief Due |
| Mike Duke | Preliminary Injunction Opening Brief Due |
| Trevor Misseldine | Preliminary Injunction Opening Brief Due |
| Chace Slavin | Preliminary Injunction Opening Brief Due |
| Andrakay J. Pluid | Preliminary Injunction Opening Brief Due |
| McCord Larsen | Preliminary Injunction Opening Brief Due |
| Peter Donovan | Preliminary Injunction Opening Brief Due |
| Brian Oakey | Preliminary Injunction Opening Brief Due |
| Christopher Topmiller | Preliminary Injunction Opening Brief Due |
| Bailey A Smith | Preliminary Injunction Opening Brief Due |
| Louis Marshall | Preliminary Injunction Opening Brief Due |
| Alex Sosa | Preliminary Injunction Opening Brief Due |
| Raul Labrador | Preliminary Injunction Opening Brief Due |
| Brock Bischoff | Preliminary Injunction Opening Brief Due |
| Janna Birch | Preliminary Injunction Opening Brief Due |
| Sam Beus | Preliminary Injunction Opening Brief Due |
| Ronnie Keller | Preliminary Injunction Opening Brief Due |
| Ian Johnson | Preliminary Injunction Opening Brief Due |
| Jim Thomas | Preliminary Injunction Opening Brief Due |
| Grant P. Loebs | Preliminary Injunction Opening Brief Due |
| Zachary Pall | Preliminary Injunction Opening Brief Due |
| Ben Allen | Preliminary Injunction Opening Brief Due |
| Kirk A. Macgregor | Preliminary Injunction Opening Brief Due |
| Jan M Bennetts | Preliminary Injunction Opening Brief Due |
| Erick B. Thomson | Preliminary Injunction Opening Brief Due |
| Shondi Lott | Preliminary Injunction Opening Brief Due |
| Lindsey Blake | Preliminary Injunction Opening Brief Due |
| Chris Boyd | Preliminary Injunction Opening Brief Due |
| Lance Stevenson | Preliminary Injunction Opening Brief Due |
| Clayne Tyler | Preliminary Injunction Opening Brief Due |
| Paul Butikofer | Preliminary Injunction Opening Brief Due |
| Stanley Mortensen | Preliminary Injunction Opening Brief Due |
| Steve Stephens | Preliminary Injunction Opening Brief Due |
| Ryan Jolley | Preliminary Injunction Opening Brief Due |
| True Pearce | Preliminary Injunction Opening Brief Due |

**9/11/2026**

| | |
|---|---|
| Peter Poe | Preliminary Injunction Answering Brief Due |
| Diego Fable | Preliminary Injunction Answering Brief Due |
| Zoey Wagner | Preliminary Injunction Answering Brief Due |
| Emilie Jackson-Edney | Preliminary Injunction Answering Brief Due |
| Amelia Milette | Preliminary Injunction Answering Brief Due |
| Daniel Doe | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case.  *See* 9th Cir. R. 42-1.**